**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern_____    District of __Michigan_____
                                        (State)
Case number (*If known*):_____ Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Staymobile Venture LLC |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | Staymobile, Staymobile Venture, Staymobile Franchise, Staymobile Franchise LLC, Staymobile Franchising, Staymobile Franchising LLC |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-2297267 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 175 Chastain Meadows Court | |
| Number  Street | Number  Street |
| | |
| | P.O. Box |
| Kennesaw, GA  30144 | |
| City  State  ZIP Code | City  State  ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Cobb | See Attachment No. 1 |
| County | Number  Street |
| | |
| | City  State  ZIP Code |

5. **Debtor's website** (URL)    www.staymobile.com

| Debtor | Staymobile Venture LLC | Case number (if known) |
|---|---|---|
| | Name | |

**6. Type of debtor**

- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other. Specify: _____

**7. Describe debtor's business**

*A. Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the above

*B. Check all that apply:*

- [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

8 1 1 2

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11. *Check all that apply*:
  - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- [x] No
- [ ] Yes.  District _____ When ___/___/_____ Case number _____
  MM / DD / YYYY
  District _____ When ___/___/_____ Case number _____
  MM / DD / YYYY

Debtor   Staymobile Venture LLC                           Case number (if known)
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes. Debtor_____ Relationship_____
District_____ When _____
                                 MM / DD / YYYY
Case number, if known _____

List all cases. If more than 1, attach a separate list.

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☒ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☒ Other  Debtor is in possession of property that belongs to third parties.

**Where is the property?** See Attachment No. 2
                      Number      Street

_____
City                                State ZIP Code

**Is the property insured?**

☐ No
☒ Yes. Insurance agency  Oswald Company
       Contact name   Susan Tobbe
       Phone          248-433-7933

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors
☒ Unknown

**14. Estimated number of creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

| Debtor | Staymobile Venture LLC | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

**15. Estimated assets**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05 / 06 / 2022
MM / DD / YYYY

✘ *Alex Calderone*
Signature of authorized representative of debtor

Alex Calderone
Calderone Advisory Group
Financial Advisor to the Debtor

Printed name

Title  Authorized Agent

**18. Signature of attorney**

✘  */s/ Robert A. Weisberg*
Signature of attorney for debtor

Date  05 / 06 / 2022
MM / DD / YYYY

Robert A. Weisberg
Printed name
Carson Fischer
Firm name
4111 Andover Road West – Second Floor
Number     Street
Bloomfield Hills                                                           MI          48302-1924
City                                                                              State        ZIP Code
248-644-4840                                                         rweisberg@carsonfischer.com
Contact phone                                                         Email address

P26698                                                                      Michigan
Bar number                                                              State

| Debtor | Staymobile Venture LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

Attachment No. 1:

    Location of assets:

    175 Chastain Meadows Court, NW, Kennesaw, GA 30144

    21 N. Pecos Road, Suite 103, Las Vegas, NV 89104

    200 Augusta Arbor Way, Unit F, Greenville, SC 29605

    11282 Culebra Road, Ste. 105, San Antonio, TX 78253

    1516 N. 5th Street, Unit 105, Philadelphia, PA 19122

Attachment No. 2:

    Location of property that belongs to third parties:

    175 Chastain Meadows Court, NW, Kennesaw, GA 30144

    21 N. Pecos Road, Suite 103, Las Vegas, NV 89104

    200 Augusta Arbor Way, Unit F, Greenville, SC 29605

    11282 Culebra Road, Ste. 105, San Antonio, TX 78253

    1516 N. 5th Street, Unit 105, Philadelphia, PA 19122