UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF MICHIGAN

| In Re: | Case No. | |
|---|---|---|
| **STAYMOBILE VENTURE LLC**, | Chapter | 7 |
| Debtor(s). | Hon. | |

_____/

**STATEMENT OF ATTORNEY FOR DEBTOR(S)**
**PURSUANT TO F.R. BANKR.P. 2016(b)**

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

   [ ] **FLAT FEE**
   
   A. For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid………………………………………………………………………..……._____
   
   B. Prior to filing this statement, received………………………………….……._____
   
   C. The unpaid balance due and payable is……………………….……………._____
   
   [ ] **RETAINER**
   
   A. Amount of retainer received…………………………………………………._____
   
   B. The undersigned shall bill against the retainer at an hourly rate of $_____ [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.
   
   **\*\*Note: Debtor has not and will not pay the undersigned any amounts in connection with this chapter 7 bankruptcy case.**

3. $338.00 of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]

   A. ~~Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;~~
   
   B. ~~Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;~~
   
   C. ~~Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;~~
   
   D. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   
   E. ~~Reaffirmations;~~
   
   F. ~~Redemptions;~~
   
   G. Other: _____
   
   **\*\*Note: Debtor has not and will not pay the undersigned any amounts in connection with this chapter 7 bankruptcy case.**

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

6. The source of payments to the undersigned was from:

   A. [ ] Debtor(s)' earnings, wages, compensation for services performed
   
   B. [ **X** ] Other (describe, including the identity of payor) **The undersigned's fees incurred in connection with the instant chapter 7 bankruptcy case have been and will be paid by Kenwal Investment Group, LLC, a member of the Debtor.**

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated: May 6, 2022

*/s/ Robert A. Weisberg*
Robert A. Weisberg (P26698), Attorney for the Debtor(s)

Dated: May 9, 2022

**STAYMOBILE VENTURE LLC**

By: *Alex Calderone*
Alex Calderone, its authorized agent
Calderone Advisory Group
Financial Advisor to the Debtor