# UNANIMOUS WRITTEN CONSENT RESOLUTIONS OF (I) THE SOLE VOTING MEMBER AND (II) THE SOLE MANAGER OF STAYMOBILE VENTURE LLC

April 29, 2022

The undersigned, being the sole manager (the "<u>Manager</u>") and the sole voting member (the "<u>Member</u>") of Staymobile Venture LLC, a Michigan limited liability company (the "<u>Company</u>"), acting pursuant to the Amended and Restated Operating Agreement of the Company effective April 16, 2021, hereby consent to, approve and adopt the following resolutions:

WHEREAS, although the Company has been pursuing strategic alternatives over the past year, including through the engagement of an investment banker, the process has not resulted in any potential transaction for the Company;

WHEREAS, based upon, inter alia, the resignation of the Company's chief financial officer and Company's continued financial challenges, the Company, at the direction of the Manager, engaged (i) an independent third party to provide financial advisory services to the Company, and (ii) counsel to represent the Company in connection with its current financial circumstances including, to the extent necessary, a restructuring and/or bankruptcy filing;

WHEREAS, the Manager and Member have considered the financial and operational aspects of the Company's business, including, but not limited to, the Company's current cash position and forecasted future liquidity and estimated financing requirements; the Company's estimated potential warranty claims liability; and the possibility of a successful out of court orderly wind-down process;

WHEREAS, the Manager and Member have also reviewed the historical performance of the Company, the market for the Company's products and services, the current and long-term liabilities of the Company, and the need to protect the property of certain warranty claimants in the possession of the Company;

NOW, THEREFORE, BE IT RESOLVED: That in the judgment of the Manager and Member, it is desirable and in the best interests of the Company, and each of its respective creditors, members and other interested parties, that a voluntary petition be filed by the Company under the provisions of Chapter 7, Title 11 of the United States Code in the Eastern District of Michigan, Southern Division for the purpose of liquidating the Company;

BE IT FURTHER RESOLVED: That the Manager of the Company be, and hereby is, authorized and empowered for, in the name of, and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in its discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions, including, but not limited to, preparing, executing and filing any and all documents and pleadings necessary to commence a Chapter 7 bankruptcy proceeding. Manager may designate representative(s) to assist in the transfer of the assets and books and records of the Company to any duly appointed Chapter 7

trustee, to appear at any necessary court proceedings in connection with the Chapter 7 proceedings, and to execute any filings in the bankruptcy proceeding on behalf of the Company;

FURTHER RESOLVED: That any and all actions heretofore taken by the Member, the Manager, any member of the Manager, or by any officer of the Company at the direction of the Manager, in connection with and in furtherance of the matters referred to in the foregoing resolutions are hereby ratified, confirmed, approved, and adopted in all respects;

BE IT FURTHER RESOLVED: That to the extent that these Resolutions conflict with the Company's Operating Agreement, in whole or part, these resolutions shall control and supersede such conflicting provision in the Operating Agreement; and

BE IT FURTHER RESOLVED: That these Resolutions may be executed in counterparts and delivered either by facsimile or electronic transmission and the counterparts, facsimiles and/or electronic transmissions, when properly executed and delivered, will constitute a fully executed complete agreement.

*[Signature page follows]*

2

IN WITNESS WHEREOF, the undersigned have executed these Unanimous Written Consent Resolutions as of the 29th day of April, 2022. The parties executing these Resolutions represent and warrant that they have all full power and authority, and have obtained all necessary consents and/or approvals, to execute this resolution.

**MANAGER and MEMBER:**

**KENWAL INVESTMENT GROUP, LLC,**
a Michigan limited liability company

By: _____
Name: Brian Eisenberg
Title: Manager

[Signature Page to Consent Resolution]

3