**Fill in this information to identify the case:**

Debtor name Staymobile Venture, LLC

United States Bankruptcy Court for the: Eastern _____ District of Michigan
(State)

Case number (If known): 22-43781-lsg

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................ $ 0

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................. $ 19,203,193

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................... $ 19,203,193

**Part 2: Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............ $ 2,512,000

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claim s:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................... $ 0

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................... **+** 5,879,104

4. **Total liabilities**................................................................................
   Lines 2 + 3a + 3b $ 8,391,104*

\* quantification excludes any contingent or unliquidated claims

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☒ *Schedule H: Codebtors* (Official Form 206H)

- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    5/23/22      ✗   *Alex Calderone*
         MM / DD / YYYY             Signature of individual signing on behalf of debtor

                                      **\*Subject to Global Notes at Attachment Part 14 of Form 207**
                                      Alexander A. Calderone
                                      Printed name

                                      Financial Advisor
                                      Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  Staymobile Venture, LLC

United States Bankruptcy Court for the:  Eastern _____ District of  Michigan
(State)

Case number (If known):  22-43781-lsg

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

**1.  Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. Cash on hand**                                                      $ 0

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
|---|---|---|
| 3.1. **SEE ATTACHMENT PART 1, NO. 3** | | |

$24,511

3.2.

**4. Other cash equivalents** *(Identify all)*

4.1. _____         $_____

4.2. _____         $_____

**5. Total of Part 1**                                                   $ 24,511
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes. Fill in the information below.

Current value of debtor's interest

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. **SEE ATTACHMENTS (2) FOR PART 2, NO. 7** _____         $ 413,079

7.2. _____         $_____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. **SEE ATTACHMENT FOR PART 2, NO. 8**      $ 247,406

8.2._____ $ _____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.      $ 660,485

---

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | $8,248,405.96 <br> face amount | – $Unknown <br> doubtful or uncollectible accounts | = ........➡    $8,248,406 |
| 11b. Over 90 days old: | $223,391.03 <br> face amount | – $Unknown <br> doubtful or uncollectible accounts | = ........➡    $ 223,391 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $ 8,471,797

---

## Part 4:   Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | |
|---|---|---|
| 14.1._____ | _____ | $ _____ |
| 14.2._____ | _____ | $ _____ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:       % of ownership:

| | | | |
|---|---|---|---|
| 15.1. Staymobile Franchising LLC | 100 % | None | $ Unknown |
| 15.2._____ | \_\_\_ % | _____ | $ _____ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | |
|---|---|---|
| 16.1._____ | _____ | $ _____ |
| 16.2._____ | _____ | $ _____ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.      $ 0

---

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | December 2021    MM / DD / YYYY | $ 8,661,371 | Cost | $ 8,661,371 |

**23. Total of Part 5**                                                                                      $ 8,661,371

Add lines 19 through 22. Copy the total to line 84.

**24. Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☒ Yes. Book value $705,227      Valuation method Cost          Current value $705,227

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |

**32. Other farming and fishing-related property not already listed in Part 6**

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ 0

**34. Is the debtor a member of an agricultural cooperative?**

[x] No

[ ] Yes. Is any of the debtor's property stored at the cooperative?

    [ ] No

    [ ] Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

[x] No

[ ] Yes. Book value $_____ Valuation method_____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

[x] No

[ ] Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

[x] No

[ ] Yes

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

[ ] No. Go to Part 8.

[x] Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Furniture & Fixtures are combined | $ 69,705.78 | Straight Depreciation | $ 69,706 |
| **40. Office fixtures** | | | |
| Case Tooling | $ 57,334.72 | Straight Depreciation | $ 57,335 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $ 55,320.53 | Straight Depreciation | $ 55,321 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $_____ | _____ | $_____ |
| 42.2 | $_____ | _____ | $_____ |
| 42.3 | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.     •

$ 182,362

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

[ ] No

[x] Yes     •

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

[x] No

[ ] Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **SEE ATTACHMENT FOR PART 8, NO. 47** | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 117,054

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9:  Real property

**54.  Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 __SEE ATTACHMENT FOR PART 9, NO. 55__ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

**56.  Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0_____

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 10: Intangibles and intellectual property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets**<br>Case Patent | $ 6010.52 | None | $ Unknown |
| **61.  Internet domain names and websites** | $_____ | _____ | $_____ |
| **62.  Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| **63.  Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| **64.  Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| **65.  Goodwill** | $_____ | _____ | $_____ |

**66.  Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☒ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 11:   All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71. Notes receivable**

Description (include name of obligor)

_____     _____ − _____ = ➔   $_____
                          Total face amount    doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____           Tax year_____ $_____
_____           Tax year_____ $_____
_____           Tax year_____ $_____

**73. Interests in insurance policies or annuities**

_____                                    $_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                                    $_____

Nature of claim        _____

Amount requested       $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                                    $_____

Nature of claim        _____

Amount requested       $_____

**76. Trusts, equitable or future interests in property**

_____                                    $_____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

      SEE ATTACHMENT FOR PART 11, NO. 77
_____                                    $ 1,085,613
_____                                    $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                $ 1,085,613

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

| **Part 12:** | **Summary** |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $. 24,511 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 660,485 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 8,471,797 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 8,661,371 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $. 182,362 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 117,054 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................➔ | | $ 0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $ 1,085,613 | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $19,203,193 **+** | 91b. $ 0 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................... | | $ 19,203,193 |

## ATTACHMENT FOR PART 1, NO. 3
Checking, savings, money market, or financial brokerage accounts

|  | Acct # Ending | Balance |
|---|---|---|
| CHASE BUSINESS CHECKING | 0007 | 3,695.81 |
| CHASE BUSINESS CHECKING | 0015 | 20,315.03 |
| CHASE BUSINESS SAVINGS | 6370 | 500.11 |
| CHASE BUSINESS CHECKING | 7597 | - |
| BofA BankStaymobile Operating 6067 | 6067 | - |
| BofA Staymobile 9093 | 9093 | - |
| BofA Staymobile Franchising | 7748 | - |
|  |  | 24,510.95 |

## ATTACHMENTS FOR PART 2, NO. 7 (2 ATTACHMENTS):
Deposits, including security deposits and utility deposits

| Date | Transaction Type | Num | Name | Memo/Description | Account | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 01/14/2015 | Check | BANKWIRE | Parkway Center Properties | CORPORATE OFFICE | 122 Security Deposits | 3,692.79 | 3,692.79 |
| 01/21/2015 | Check |  | Pilgrim Square, LLC | Security Deposit & 1st Month's Rent - Ackworth, GA | 122 Security Deposits | 2,100.00 | 5,792.79 |
| 02/27/2015 | Check | ONLINE | Retail Planning Commission | Security Deposit & 1st Month's Rent - Woodstock, GA | 122 Security Deposits | 2,534.00 | 8,326.79 |
| 07/08/2015 | Check | 2505 | WRI Roswell Crossing, LLC |  | 122 Security Deposits | 4,105.92 | 12,432.71 |
| 08/20/2015 | Check | 3669 | Wal-Mart Stores |  | 122 Security Deposits | 6,600.00 | 19,032.71 |
| 08/20/2015 | Check | 3669 | Wal-Mart Stores |  | 122 Security Deposits | 5,700.00 | 24,732.71 |
| 08/20/2015 | Check | 3669 | Wal-Mart Stores |  | 122 Security Deposits | 6,000.00 | 30,732.71 |
| 08/20/2015 | Check | 3669 | Wal-Mart Stores |  | 122 Security Deposits | 6,000.00 | 36,732.71 |
| 08/20/2015 | Check | 3669 | Wal-Mart Stores |  | 122 Security Deposits | 6,000.00 | 42,732.71 |
| 08/20/2015 | Check | 3669 | Wal-Mart Stores |  | 122 Security Deposits | 6,900.00 | 49,632.71 |
| 08/20/2015 | Check | 3669 | Wal-Mart Stores |  | 122 Security Deposits | 7,800.00 | 57,432.71 |
| 08/20/2015 | Check | 3669 | Wal-Mart Stores |  | 122 Security Deposits | 6,300.00 | 63,732.71 |
| 08/20/2015 | Check | 3669 | Wal-Mart Stores |  | 122 Security Deposits | 6,300.00 | 70,032.71 |
| 08/20/2015 | Check | 3669 | Wal-Mart Stores |  | 122 Security Deposits | 4,200.00 | 74,232.71 |
| 08/20/2015 | Check | 3669 | Wal-Mart Stores | FRANCHISEE OPERATORS CLEARING | 122 Security Deposits | 29,100.00 | 103,332.71 |
| 08/20/2015 | Check | 3669 | Wal-Mart Stores | STORE IS RELOCATING | 122 Security Deposits | 8,424.00 | 111,756.71 |
| 08/24/2015 | Check | 3682 | Wal-Mart Stores | Security Deposit - Wal Mart Store #5254 | 122 Security Deposits | -29,100.00 | 82,656.71 |
| 08/24/2015 | Deposit |  |  |  | 122 Security Deposits | -29,100.00 | 89,256.71 |
| 09/02/2015 | Check | 3703 | Wal-Mart Stores | Security Deposit - Store#5254 - Wake Forest, NC | 122 Security Deposits | 6,276.00 | 95,532.71 |
| 10/06/2015 | Check | 2520 | Parkway Center Properties |  | 122 Security Deposits | 3,994.08 | 99,526.79 |
| 01/20/2016 | Check | 2534 | Charlie Turner |  | 122 Security Deposits | 1,130.65 | 100,657.44 |
| 01/22/2016 | Check | 2536 | The Reserve at Ballpark |  | 122 Security Deposits | 100.00 | 100,757.44 |
| 06/23/2016 | Bill | Staymobile Lease | K Plaza Holdings, LLC | Security Deposit - 24W445 Lake Street, Unit C | 122 Security Deposits | 1,150.00 | 101,907.44 |
| 12/25/2016 | Journal Entry | 416-MJH |  |  | 122 Security Deposits | -33,924.00 | 67,983.44 |
| 02/01/2017 | Bill |  | Towne Lake Square, LP |  | 122 Security Deposits |  | 67,983.44 |
| 05/16/2017 | Bill |  | Canammeats Inc |  | 122 Security Deposits | 0.00 | 67,983.44 |
| 06/20/2017 | Check | 2610 | Canammeats Inc |  | 122 Security Deposits | 1,800.00 | 69,783.44 |
| 12/01/2017 | Bill |  | Harsch Investment Properties | Las Vegas Security Deposit | 122 Security Deposits | 3,140.00 | 72,923.44 |
| 03/07/2018 | Expense |  | Issa Group Hixson | WIRE TYPE:WIRE OUT DATE:180307 T | 122 Security Deposits | 4,583.33 | 77,506.77 |
| 03/09/2018 | Expense |  | Knoxville Utility Board | KNOX UTIL BOARD DES:KUB PAYMNT I | 122 Security Deposits | 1,208.02 | 78,714.79 |
| 03/26/2018 | Expense |  | Epb | CHECKCARD 0323 EPB 423-6481641 T CHECKCARD 0323 EPB 423-6481641 TN 2475542808227082268G0179 CKCD 4900 46487300002503B3 | 122 Security Deposits | 400.00 | 79,114.79 |
| 04/17/2018 | Bill |  | Elkus Enterprise Properties LLC | New Troy location deposit | 122 Security Deposits | 3,642.00 | 82,756.79 |
| 05/25/2018 | Expense |  | Global Cellular | WIRE TYPE:WIRE OUT DATE:180525 T | 122 Security Deposits | 14,000.00 | 96,756.79 |
| 06/01/2018 | Journal Entry | NBH30350 |  | Expired Deposit K Plaza Holdings, LLC 1150.00 | 122 Security Deposits | -1,150.00 | 95,606.79 |
| 06/01/2018 | Journal Entry | NBH30350 |  | Expired Deposit Canammeats Inc 1800.00 | 122 Security Deposits | -1,800.00 | 93,806.79 |
| 07/13/2018 | Expense |  | Clarkston Rd LLC | WIRE TYPE:WIRE OUT DATE:180713 T | 122 Security Deposits | 400.00 | 94,206.79 |
| 08/31/2018 | Journal Entry | MJH2857 |  |  | 122 Security Deposits | -51,600.00 | 42,606.79 |
| 09/21/2018 | Expense |  | SCE&G | SCE&G/PSNC   DES:DRAFT   ID:7210117570636   INDN:STAYMOBILE VENTURE, LL CO ID:9570248695 WEB | 122 Security Deposits | 1,400.00 | 44,006.79 |
| 10/10/2018 | Expense |  | Dpu | CHECKCARD 1009 D P U   803-2684000 SC 2475542828226282833039   CKCD 4900 XXXXXXXXXX04242 | 122 Security Deposits | 480.00 | 43,486.79 |
| 12/25/2018 | Journal Entry | NBH0504 |  |  | 122 Security Deposits | 7,000.00 | 50,486.79 |
| 01/15/2019 | Deposit |  | Clarkston Rd LLC | Preencoded deposit | 122 Security Deposits | -400.00 | 50,086.79 |
| 02/08/2019 | Bill | D-1007 | The Vested Group | 50% Deposit on NetSuite Rollout | 122 Security Deposits | 199,170.00 | 249,256.79 |
| 02/28/2019 | Vendor Credit | 6505 | The Vested Group |  | 122 Security Deposits | -38,582.85 | 210,673.94 |
| 03/01/2019 | Bill |  | Werkheiser Real Estate |  | 122 Security Deposits | 500.00 | 211,173.94 |
| 03/18/2019 | Bill |  | Billy Penn Studios | Philly Security Deposit (includes the 400.00 amortization monthly for 60 months for the construction and build out) | 122 Security Deposits | 3,015.00 | 214,188.94 |
| 03/31/2019 | Vendor Credit | 6719 | The Vested Group |  | 122 Security Deposits | -31,364.64 | 182,834.30 |
| 04/30/2019 | Vendor Credit | 6855 | The Vested Group |  | 122 Security Deposits | -70,569.22 | 112,265.08 |
| 05/31/2019 | Bill | 7067 | The Vested Group | Deposit Application | 122 Security Deposits | -14,665.00 | 97,600.08 |
| 06/30/2019 | Bill | 7295 | The Vested Group | Deposit Application | 122 Security Deposits | -14,665.00 | 82,935.08 |
| 07/16/2019 | Bill |  | MTB Properties, LLC |  | 122 Security Deposits | 1,622.50 | 84,557.58 |
| 07/31/2019 | Bill | 7461 | The Vested Group | Deposit Application | 122 Security Deposits | -14,665.00 | 69,892.58 |

| Financial Row | Type | Date | Document Number | Name | Amount | Balance |
|---|---|---|---|---|---|---|
| **ASSETS** |  |  |  |  | **$0.00** | **$0.00** |
|    **Fixed Assets** |  |  |  |  | $0.00 | $0.00 |
|      **13000 - Construction In Progress** |  |  |  |  | $0.00 | $0.00 |
|        **15000 - Security Deposits** |  |  |  |  | $0.00 | $69,892.58 |
|  | Bill | 8/14/2019 |  |  | $24,284.00 | $94,176.58 |
|  | Bill | 8/26/2019 | ACH 082619 GAP |  | $400.00 | $94,576.58 |
|  | Bill | 9/6/2019 |  |  | $2,641.08 | $97,217.66 |
|  | Bill | 9/26/2019 | ACH 092619 SRP |  | $1,240.00 | $98,457.66 |
|  | Bill | 9/26/2019 | ACH 092619 COT |  | $300.00 | $98,757.66 |
|  | Journal | 12/31/2019 | 218 |  | ($2,181.95) | $96,575.71 |
|  | Bill | 2/3/2020 |  |  | $6,450.00 | $103,025.71 |
|  | Deposit | 6/22/2020 | 59 | Towne Lake Square, LP | ($2,476.00) | $100,549.71 |
|  | Bill | 7/1/2020 | 6527 |  | ($14,668.29) | $85,881.42 |
|  | Deposit | 9/21/2020 | 73 | SRP Tempe Energy | ($1,229.01) | $84,652.41 |
|  | Journal | 12/31/2020 | 994 |  | $2,165.01 | $86,817.42 |
|  | Check | 6/4/2021 | EFT 060421 Knickerbocker |  | $263,867.87 | $350,685.29 |
|  | Journal | 1/14/2022 | 1743 |  | ($2,641.08) | $348,044.21 |
|  | Deposit | 3/14/2022 | 198 | City of Tempe Water | ($274.91) | $347,769.30 |
|  | Journal | 4/20/2022 | 1939 | Issa Group Hixson | ($4,583.33) | $343,185.97 |
|    **Total - 15000 - Security Deposits** |  |  |  |  | **$273,293.39** | **$343,185.97** |

**ATTACHMENT FOR PART 2, NO. 8:**
Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Type | Date | Document Number | Name | Original Amount | Amount Remaining | Note | Category |
|------|------|-----------------|------|-----------------|------------------|------|----------|
| Vendor Prepayment | 6/2/2021 | EFT 060221 AGL | AGL Supply Chain LLC | $ 151,188.61 | $ 18,420.99 | Open | Parts |
| Vendor Prepayment | 7/14/2021 | EFT 07142021 AOLI | AOLI-Norcross, LLC | $ 104,555.55 | $ 104,555.55 | Open | Furniture |
| Vendor Prepayment | 9/17/2021 | Vendor Prepayment - PO 15247 and Blanket PO#8 | Rand Technology | $ 46,047.00 | $ 14,025.14 | Open | Parts |
| Vendor Prepayment | 11/12/2021 | EFT 111221 AGL Prepayment | AGL Supply Chain LLC | $ 9,080.56 | $ 9,080.56 | Open | Parts |
| Vendor Prepayment | 11/24/2021 | EFT 112321 FHong | F-Hong | $ 144,092.10 | $ 12,226.10 | Open | Parts |
| Vendor Prepayment | 1/3/2022 | EFT 132022 SpbdS | Spacebound Solutions | $ 25,309.71 | $ 1,074.08 | Open | Parts |
| Vendor Prepayment | 1/24/2022 | EFT 012422 FHong2 | F-Hong | $ 20,372.00 | $ 10,519.00 | Open | Parts |
| Vendor Prepayment | 2/17/2022 | EFT 21722 ShenzhenTech | Shenzhen Shouemuo Technology Co. Ltd. | $ 359,983.51 | $ 8,054.14 | Open | Cases |
| Vendor Prepayment | 2/18/2022 | EFT 21822 FHong | F-Hong | $ 64,065.00 | $ 11,090.00 | Open | Cases |
| Vendor Prepayment | 3/24/2022 | EFT 32422 Cellairis | Cellairis | $ 12,675.00 | $ 11,739.00 | Open | Cases |
| Vendor Prepayment | 4/20/2022 | EFT 042021 ATI | Advanced Technologies International | $ 4,801.00 | $ 4,801.00 | Open | Parts |
| Vendor Prepayment | 4/20/2022 | EFT 42022 Recore | Recore International | $ 49,200.00 | $ 41,820.00 | Open | Parts |
| | | | **GL Balance 4/30/2022** | | $ 247,405.56 | | |

**ATTACHMENT FOR PART 8, NO. 47:**
Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| Year Make Model VIN | Amount | In Svc Date | End Date | D/Per Month | Months Remaining | Depreciated Value | Remaining Value |
|---------------------|--------|-------------|----------|-------------|------------------|-------------------|-----------------|
| 2009 Chevy Express VIN: 1GCHG39KX91149737 | 22,322.42 | Aug-19 | Jul-22 | 620.07 | 3 | 20,471.36 | 1,851.06 |
| 2016 Ford T350 VIN: 1FTBW2ZM5GKA85232 | 15,000.00 | Jul-20 | Jun-23 | 416.67 | 14 | 9,166.67 | 5,833.33 |
| 2015 Ford Transit VIN: 1FMZK1CM0KA28248 | 17,150.00 | Aug-20 | Jul-23 | 476.39 | 15 | 10,004.17 | 7,145.83 |
| 2018 Ford Transit VIN: 1FTYR1YM5JKA89348 | 25,685.70 | Jan-21 | Dec-23 | 713.49 | 20 | 11,415.87 | 14,269.83 |
| 2018 Ford Transit VIN: 1FTYR1YM5JKA98583 | 26,900.00 | Mar-21 | Feb-24 | 747.22 | 21 | 11,208.33 | 15,691.67 |
| 2018 Ford Transit Connect VIN: NMOLS7E78J1354380 | 22,198.47 | Apr-21 | Mar-24 | 616.62 | 22 | 8,632.74 | 13,565.73 |
| 2017 Ford Transit VIN: NM0LS7E79H1315095 | 23,131.73 | Jun-21 | May-24 | 642.55 | 25 | 6,339.65 | 16,792.08 |
| 2018 Ford Transit VIN: NM0LS7E75J1369449 | 25,285.81 | Nov-21 | Oct-24 | 702.38 | 30 | 4,214.30 | 21,071.51 |
| 2017 Ford Transit VIN: NM0LSF73H13222221 | 25,000.00 | Nov-21 | Oct-24 | 694.44 | 30 | 4,166.67 | 20,833.33 |
| | | | | | | | **$117,054.37** |

**ATTACHMENT FOR PART 9, NO. 55:**
Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description of Property | Location | Debtor's Interest | Value |
|-------------------------|----------|-------------------|-------|
| 1350 - TOLEDO, OH - Store Space | Toledo, OH | Renting | $- |
| 1351 - CINCINNATI, OH - Store Space | Cincinnati, OH | Renting | $- |
| 9000 - MARIETTA, GA (SSC) - Office Space | Marietta, GA | Renting | $- |
| 1103 - KENNESAW 2 - Warehouse | Kennesaw, GA | Renting | $- |
| 9001 - KENNESAW WAREHOUSE - Warehouse | Kennesaw, GA | Renting | $- |
| 1280 - LAS VEGAS, NV - Warehouse | Las Vegas, NV | Renting | $- |
| 1380 - PHILADELPHIA, PA - Warehouse | Philadelphia, PA | Renting | $- |
| 1403 - GREENVILLE, SC - Warehouse | Greenville, SC | Renting | $- |
| 1430 - SAN ANTONIO, TX - Warehouse | San Antonio, TX | Renting | $- |
| SUPER K - Warehouse | Kennesaw, GA | Renting | $- |

**ATTACHMENT FOR PART 11, NO. 77:**
Other property of any kind not already listed

| | |
|---|---|
| Leasehold Improvements/Construction in Process | $1,058,866 |
| Technology | 12,607 |
| Dash Card Account | 3,856 |
| Signage | 10,284 |
| Total | $1,085,613 |

Official Form 206A/B     **Schedule A/B: Assets    Real and Personal Property**     page **10**

Debtor name   Staymobile Venture, LLC

United States Bankruptcy Court for the:   Eastern                    District of Michigan
                                                                    (State)

Case number (If known):   22-43781-lsg

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| TIAA Bank | Two Large Kyocera Taskalfa Printer/Scanner Units | $ 12,000 | $ Unknown |

**Creditor's mailing address**
PO Box 1283

Charlotte, NC 28201-1283

**Describe the lien**

**Creditor's email address, if known**
clientsupport@financeservicecenter.com

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** 11/26/2019
**Last 4 digits of account**

**number**        6397

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| Creditor's name  Brian Eisenberg | | $ 1,500,000 | $  Unknown |
|---|---|---|---|

**Creditor's mailing address**
660 Woodward Ave #2290 Detroit MI 48226

**Creditor's email address, if known**

**Describe debtor's property that is subject to a lien**
Subject to security agreement
**Describe the lien** Subject to security agreement

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Date debt was incurred** 07/21/21

**Last 4 digits of account**

**number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No.
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

☒ Unknown

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A.**     $   2,512,000

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3_**

**Creditor's name**
Kenneth Eisenberg

**Creditor's mailing address**

660 Woodward Ave #2290 Detroit MI 48226
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** 07/21/21
**Last 4 digits of account**

**number**          _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
     _____
   ☐ Yes. The relative priority of creditors is specified on lines _____
☒ Unknown

**Describe debtor's property that is subject to a lien**
Subject to security agreement
_____

$ 500,000          $ Unknown

**Describe the lien** Subject to security agreement

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4**

**Creditor's name**

Stephen Eisenberg

**Creditor's mailing address**

660 Woodward Ave #2290 Detroit MI 48226
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** 07/21/21
**Last 4 digits of account**

**number**          _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
     _____
   ☐ Yes. The relative priority of creditors is specified on lines _____
☒ Unknown

**Describe debtor's property that is subject to a lien**

Subject to security agreement
_____

$ 500,000          $ Unknown

**Describe the lien.** Subject to security agreement

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property

## Fill in this information to identify the case:

Debtor    Staymobile Venture, LLC

United States Bankruptcy Court for the: Eastern     District of Michigan
                                                                   (State)

Case number    22-43781-lsg
(If known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    [x]   No. Go to Part 2.

    ☐   Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   **Priority creditor's name and mailing address**

Nicholas Henderson

586 Oakside Place

Acworth, GA 30102

**As of the petition filing date, the claim is:** $ _____     $ _____
*Check all that apply.*

☐ Contingent

[x] Unliquidated

☐ Disputed

**Date or dates debt was incurred**

Week of April 24 2022

**Basis for the claim:**

One week of payroll

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☐ No

   Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (\_\_\_\_)

---

**2.2**   **Priority creditor's name and mailing address**

Sue Napolitano

5796 Fairwood Trace

Acworth, GA 30101

**As of the petition filing date, the claim is:** $ _____     $ _____
*Check all that apply.*

☐ Contingent

[x] Unliquidated

☐ Disputed

**Date or dates debt was incurred**

Week of April 24 2022

**Basis for the claim:**

One week of payroll

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☐ No

   Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (\_\_\_\_)

---

**2.3**   **Priority creditor's name and mailing address**

Trinet

TriNet HRIII, Inc. 1 Park Place

Suite 600 Dublin CA 94568-7983

**As of the petition filing date, the claim is:** $     $
*Check all that apply.*

☐ Contingent

X Unliquidated

☐ Disputed

**Date or dates debt was incurred**

12/18/21

**Basis for the claim:** Payroll-related fees/pass through SUTA

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☐ No

   Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (\_\_\_\_)

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 1

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| SEE ATTACHMENT FOR PART 2, NO. 3 |
|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

**3.2** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

**3.3** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

**3.4** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

**3.5** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

**3.6** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

Official Form 206E/F                          Schedule E/F: Creditors Who Have Unsecured Claims                          Page 2

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 5,879,104 |
| 5c. **Total of Parts 1 and 2**<br>   Lines 5a + 5b = 5c. | 5c. | $ 5,879,104 |

**ATTACHMENT FOR PART 2, NO. 3:**
List in alphabetical order all of the creditors with nonpriority unsecured claims.

| Name | Amount of Claim | Address | City | State | Zip | Country | Last 4 Digits of Acct # | C / U / D | Basis for the Claim: | Claim Subject to Offset? | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1452 HP | 14,875.80 | 13207 Collection Center Dr. | Chicago | IL | 60693 | United States | 7749 | | Parts | Y | Various |
| 1464 Lenovo | 368,068.40 | 8001 Development Dr | Morrisville | NC | 27560 | United States | 2145 | | Parts | N | Various |
| 1475 Acer | 17,626.09 | 333 W San Carlos Street | San Jose | CA | 95110 | United States | CHAS | | Parts | N | Various |
| 1476 Asus | 28,388.02 | 48720 Kato Road | Fremont | CA | 94538 | United States | 7547 | | Parts | N | Various |
| 2048 St Tammany Parish School Board | 11,886.81 | 321 N. Theard Street | Covington | LA | 70433 | United States | N/A | | Service | N | Various |
| 5625 Upper Edge Technologies | 25,847.00 | 201 Van Buren Ave | West Memphis | AR | 72301 | United States | N/A | | Parts | N | Various |
| A2C Services Ltd | Unknown | Unit E, Railway Triangle, Walton Road | Portsmouth | PO6 1TY | | United Kingdom | Unknown | C/U/D | Contract | N | |
| Action Plus Courier Service | 2,442.00 | 6624 Speight Circle | Raleigh | NC | 27616 | United States | N/A | | Freight | N | 3/31/22 |
| Adams Pallet Company Inc. | 3,960.00 | 5016 Weatherstone Drive | Buford | GA | 30519 | United States | N/A | | Supply | N | 4/25/22 |
| Advanced Technologies International | (99.00) | 766 Big Tree Dr. | Longwood | FL | 32750 | United States | N/A | | Parts | N | 4/13/22 |
| AGiRepair | 64.95 | 220 Huff Ave, Suite 400 | Greensburg | PA | 15601 | United States | BILE | | Parts | N | 3/18/22 |
| AGL Supply Chain LLC | 53,327.53 | 3115 North Fry Road Unit 404 | Katy | TX | 77449 | United States | N/A | | Service | N | Various |
| AllCovered | Unknown | 1051 E. Hillsdale Blvd., Suite 510 | Foster City | CA | 94404 | United States | Unknown | C/U/D | Contract | N | |
| Amazon | 24,393.21 | 410 Terry Ave N | Seattle | WA | 98109 | United States | MY9C | | Supply | N | Various |
| APAC Paper & Packaging Corp. | 10,993.96 | PO Box 64000 | Detroit | MI | 48264 | United States | 6620 | | Supply | N | Various |
| Applied Data Technologies | Unknown | 8515 Crown Crescent Court | Charlotte | NC | 28227 | United States | Unknown | C/U/D | Contract | N | |
| Appogee LLC | Unknown | 418 Evans Street, Suite 201 | Greenville | NC | 27858 | United States | Unknown | C/U/D | Contract | N | |
| Armstrong Flooring | Unknown | 28551 Network Place | Chicago | IL | 60673 | United States | Unknown | C/U/D | Contract | N | |
| ASUS Computer International | Unknown | 48720 Kato Road | Fremont | CA | 94538 | United States | Unknown | C/U/D | Contract | N | |
| AT&T | 99.36 | PO Box 5014 | Carol Stream | IL | 60197 | United States | 7518 | | Service | N | 4/1/22 |
| AT&T Mobility | 77.68 | PO Box 6463 | Carol Stream | IL | 60197 | United States | 4030 | | Service | N | 4/1/22 |
| Atlanta Mobile Storage Inc | 397.50 | 294 Lockwood Trail | Lawrenceville | GA | 30043 | United States | N/A | | Service | N | 5/1/22 |
| Atlanta Office Technologies | 64.76 | 5600 Oakbrook Parkway Suite 260 | Norcross | GA | 30093 | United States | 2582 | | Supply | N | 4/12/22 |
| AVIS Car Rental | 2,729.43 | 7876 Collections Center Drive | Chicago | IL | 60693 | United States | N/A | | Service | N | Various |
| Awards2Go | 102,738.00 | 520 Broad St | Newark | NJ | 07102 | United States | N/A | | Service | Y | Various |
| Billy Penn Studios | 3,282.40 | 1516 N 5th St | Philadelphia | PA | 19122 | United States | N/A | | Rent | N | 5/1/22 |
| Bray & Long, PLLC | 200.00 | 2820 Selwyn Avenue, Suite 400 | Charlotte | NC | 28209 | United States | N/A | | Service | N | 4/7/22 |
| Brian Eisenberg | 3,076,521.02 | 660 Woodward Ave #2290 | Detroit | MI | 48226 | United States | N/A | | Funds Advanced | N | Various |
| Brierdale Shopping Center | 19.29 | 5950 Fairview Road | Charlotte | NC | 28210 | United States | bile | | Rent | N | 4/18/22 |
| Brightcentra, Inc. | Unknown | 52 Buena Vista Road | S. San Francisco | CA | 94080 | United States | Unknown | C/U/D | Contract | N | |
| CDW Direct | 286,712.76 | PO Box 75723 | Chicago | IL | 60675 | United States | 0605 | | Parts | N | Various |
| Charter Tech Services | Unknown | 302 Warrington St | San Diego | CA | 92103 | United States | Unknown | C/U/D | Contract | N | |
| ChromeBookParts.com | 149,624.27 | PO Box 721 | Lakeland | MN | 55043 | United States | 0401 | | Parts | Y | Various |
| Comcast Business | 401.73 | PO Box 71211 | Charlotte | NC | 28272 | United States | 7027 | | Service | N | Various |
| Datasite, LLC | 1,144.78 | P.O. Box 74007252 | Chicago | IL | 60674 | United States | N/A | | Service | N | 4/15/22 |
| Dell, Inc | Unknown | One Dell Way | Round Rock | TX | 78682 | United States | Unknown | C/U/D | Contract | N | |
| Device Pro Solutions | 198.00 | 12205 W 88th St | Lenexa | KS | 66215 | United States | N/A | | Service | N | 5/3/22 |
| Digital Agent | Unknown | 2300 Windy Ridge Pkwy SE Suite R50 | Atlanta | GA | 30339 | United States | Unknown | C/U/D | Contract | N | |
| Duke Energy | 628.62 | PO Box 1003 | Charlotte | NC | 28201 | United States | 33-3 | | Service | N | Various |
| Elink EXTRA | Unknown | 2985 58th Street | Eau Claire | WI | 54703 | United States | Unknown | C/U/D | Contract | N | |
| Encompass | 3,075.17 | PO Box 935572 | Atlanta | GA | 31193 | United States | 4215 | | Parts | N | Various |
| Event Strategy Group, Ltd | 26,000.00 | 1974 Sprout Road, Suite 200 | Broomall | PA | 19008 | United States | N/A | | Service | N | 4/26/22 |
| Express Services, Inc. | 8,747.68 | PO Box 945434 | Atlanta | GA | 30383 | United States | 2120 | | Temp Labor | N | Various |
| Frayer | 2,192.69 | PO Box 720308 | Oklahoma City | OK | 73152 | United States | N/A | | Rent | N | 5/1/22 |
| Goldie Group | 151,851.16 | 1150 Antioch Pike #400A | Nashville | TN | 37211 | United States | 8107 | | Service | N | Various |
| GoodHire | 384.00 | DEPT CH 18058 | Palatine | IL | 60055 | United States | N/A | | Service | N | 4/30/22 |
| GovConnection, Inc. | Unknown | 732 Milford Road | Merrimack | NH | 3054 | United States | Unknown | C/U/D | Contract | N | |
| GTS Technology Solutions | Unknown | 9211 Waterford Centre Blvd, Ste 275 | Austin | TX | 78758 | United States | Unknown | C/U/D | Contract | N | |
| Hawkeye Protection Services LLC | Unknown | 4575 Darrowby Drive | Powder Springs | GA | 30127 | United States | Unknown | C/U/D | Contract | N | |
| Honigman | 5,112.85 | 2290 First National Building | Detroit | MI | 48226 | United States | N/A | | Service | N | Various |
| Howard Industries, Inc. | Unknown | PO Boxes 1590 | Ellisville | MS | 39437 | United States | Unknown | C/U/D | Contract | N | |
| Impact Computers | 1,215.00 | 4151 N 29th Ave. | Hollywood | FL | 33020 | United States | 2851 | | Parts | N | 3/17/22 |
| Integrity Staffing Solutions, Inc. | 96,742.73 | PO Box 713870 | Philadelphia | PA | 19171 | United States | 2121 | | Service | N | Various |
| Knickerbocker Properties, INC | 87,955.96 | 2118 Washington Ave #2000 | Philadelphia | PA | 19146 | United States | 0257 | | Rent | N | 5/1/22 |
| Kostas Hatzikolakis | 848.00 | 2016 Ivy Ridge Rd Se | Smyrna | GA | 30080 | United States | N/A | | Repairs | N | 4/25/22 |
| Laptronic Systems Ltd | 1,873.64 | Unit 5, Invicta Business Centre, Bredgar Rd | Gillingham | Kent | ME8 6PG | United Kingdom | N/A | | Parts | N | 3/25/22 |
| Lenovo (United States) Inc. | Unknown | 8001 Development Dr | Morrisville | NC | 27560 | United States | Unknown | C/U/D | Contract | N | |
| Max Interactive | 29,900.00 | 17752 Mitchell Ave | Irvine | CA | 92614 | United States | N/A | | Cases | N | Various |
| Mobile Sentrix | 8,794.59 | 4315-D Walney Rd | Chantilly | VA | 20151 | United States | N/A | | Parts | N | Various |
| Mobile Sentrix Swap | 32,340.00 | 4315-D Walney Rd | Chantilly | VA | 20151 | United States | N/A | | Parts | N | Various |
| MTB Properties, LLC | 2,167.50 | 306 Surrey Lane | Anderson | SC | 29621 | United States | N/A | | Rent | N | 5/1/22 |
| OETC | Unknown | 471 High Street SE Ste 10 | Salem | OR | 97301 | United States | Unknown | C/U/D | Contract | N | |
| OmniPro LLC | Unknown | 50 Mendell Street, Suite 2 | San Francisco | CA | 94124 | United States | Unknown | C/U/D | Contract | N | |
| Oracle Netsuite | Unknown | 2300 Oracle Way | Austin | TX | 78741 | United States | Unknown | C/U/D | Contract | N | |
| Orkin,LLC | 175.00 | PO Box 740473 | Cincinnati | OH | 45274 | United States | 3618 | | Service | N | 5/3/22 |
| Oxford Real Estate | 3,938.24 | PO BOX 2057 | Boerne | TX | 78006 | United States | N/A | | Rent | N | 5/1/22 |
| Parkway Center Properties, LLLP | 16,743.76 | 1170 Peachtree St, NE | Atlanta | GA | 30309 | United States | N/A | | Rent | N | 5/1/22 |
| PC Connection Sales Corp | 91,945.94 | PO Box 536472 | Pittsburgh | PA | 15253 | United States | 6391 | | Parts | N | Various |
| PCS Inc | Unknown | 1720 Topside Road | Louisville | TN | 37777 | United States | Unknown | C/U/D | Contract | N | |
| Premier Wireless Business Tech Solutions | Unknown | 9555 W Sam Houston Pkwy S Suite 550 | Houston | TX | 77099 | United States | Unknown | C/U/D | Contract | N | |
| PrideStaff | 242,720.62 | P.O. Box 205287 | Dallas | TX | 75320 | United States | 4296 | | Temp Labor | N | Various |
| Prologis | 6,436.62 | 3475 Piedmont Rd NE | Atlanta | GA | 30305 | United States | 0110 | | Rent | N | 5/1/22 |
| PryorDesign Co. | 218.75 | 303 S Main St | Ann Arbor | MI | 48104 | United States | N/A | | Service | N | 4/27/22 |
| R & L Carriers | 27,745.41 | PO Box 10020 | Port William | OH | 45164 | United States | 0F6E | | Freight | N | Various |
| RA Solutions | 19,225.00 | 3315 Algonquin Rd | Rolling Meadows | IL | 60008 | United States | N/A | | Parts | N | Various |
| Rand Technology | 48,163.70 | 15225 Alton Parkway Suite 100 | Irvine | CA | 92618 | United States | N/A | | Parts | N | Various |
| Relectro | 3,442.00 | 261 Schoolhouse Rd. Unit 4 | Souderton | PA | 18964 | United States | TURE | | Service | N | 3/17/22 |
| Republic Services | 344.63 | PO Box 9001099 | Louisville | KY | 40290 | United States | 5848 | | Service | N | Various |
| Ridgewater Commerce LLC | 2,478.04 | 121 E 4th Street | Covington | KY | 41011 | United States | 247 | | Rent | N | 5/1/22 |
| Ring Central Inc. | 5,608.79 | Dept. CH 19585 | Palatine | IL | 60055 | United States | 9017 | | Service | N | Various |
| Riverside Electric South LLC | 5,461.00 | 680-B Redna Terrace | Cincinnati | OH | 45215 | United States | MOBI | | Service | N | 4/27/22 |
| Schnitzer Properties | 2,533.00 | 1121 SW Salmon Street Suite 500 | Portland | OR | 97205 | United States | N/A | | Rent | N | 5/1/22 |
| Sefi Computer Products Inc. | Unknown | 2930 Bond Street | Rochester Hills | MI | 48309 | United States | Unknown | C/U/D | Contract | N | |
| Shenzhen Shouernuo Technology Co. Ltd. | 166,042.91 | 601, Building B, 268 Industry Park, 2nd GuShu Road, NanChang Community, Xixiang Street | Baoan District | Shenzhen | 0 | China | N/A | | Parts | N | Various |
| SHI A/P | 48,469.48 | PO Box 952121 | Dallas | TX | 75395 | United States | 3692 | | Parts | Y | Various |
| SHI International Corp | Unknown | 290 Davidson Avenue | Somerset | NJ | 08873 | United States | Unknown | C/U/D | Contract | N | |
| Shorr Packaging Corp. | 10,928.81 | 4000 Ferry Road | Aurora | IL | 60502 | United States | N/A | | Supply | N | Various |
| Spectrum Business | 177.97 | PO Box 94188 | Palatine | IL | 60094 | United States | 4486 | | Service | N | 4/14/22 |
| St. Tammany Parish School Board | Unknown | 321 North Theard St. | Covington | LA | 70433 | United States | Unknown | C/U/D | Contract | N | |
| Staples | 12,538.00 | 500 Staples Dr | Framingham | MA | 01702 | United States | N/A | | Supply | N | 4/11/22 |
| State of SC SFAA, PROCUREMENT SVCS | Unknown | 1201 Main Street Suite 600 | Columbia | SC | 29201 | United States | Unknown | C/U/D | Contract | N | |
| Steadfast Cleaning Services | 6,195.00 | 2835 Pine Meadow Drive | Marietta | GA | 30066 | United States | N/A | | Service | N | 4/18/22 |
| SYNNEX Corporation | Unknown | 44201 Nobel Drive | Fremont | CA | 94538 | United States | Unknown | C/U/D | Contract | N | |
| TBF Computing Inc. | 2,746.77 | 1090 Cobb Industrial Dr. | Marietta | GA | 30066 | United States | N/A | | Service | N | Various |
| The Vested Group | 693.75 | 1001 18th St | Plano | TX | 75074 | United States | N/A | | Service | N | Various |
| TIAA Bank | Unknown | PO Box 1283 | Charlotte | NC | 28201 | United States | Unknown | C/U/D | Contract | N | |
| Trinet Technology | Unknown | 4211 W. Boy Scout Blvd Suite 295 | Tampa | FL | 33607 | United States | Unknown | C/U/D | Contract | N | |
| Troxell Communications, Inc. | Unknown | 4675 E Cotton Center Blvd, Ste 155 | Phoenix | AZ | 85040 | United States | Unknown | C/U/D | Contract | N | |
| Uline | 59,561.55 | PO Box 88741 | Chicago | IL | 60680 | United States | 2303 | | Freight | N | Various |
| Union County Public Schools | 3,545.00 | 721 Brewer Drive | Monroe | NC | 28112 | United States | N/A | | Service | N | 1/7/22 |
| Verizon | 631.11 | PO Box 660108 | Dallas | TX | 75266 | United States | 0001 | | Service | N | 4/1/22 |
| VT Services, INC. | 49,725.00 | 562 Chaddick Drive | Wheeling | IL | 60090 | United States | N/A | | Parts | N | Various |
| WF/SD Finance | 59,195.37 | 1104 Broad Street | Wichita Falls | TX | 76307 | United States | N/A | | Service | N | Various |
| Worksox Staffing | 5,709.89 | 1350 Scribner Avenue Northwest | Grand Rapids | MI | 49504 | United States | 4401 | | Temp Labor | N | Various |
| WorldWide Express | 329,747.98 | PO Box 733360 | Dallas | TX | 75373 | United States | 7VW8 | | Freight | N | Various |
| | **5,879,104.43** | | | | | | | | | | |

**Fill in this information to identify the case:**

Debtor name Staymobile Venture LLC

United States Bankruptcy Court for the:   Eastern Michigan

District of    Michigan

Case number (If known):    22-43781-lsg

Chapter    (State) 7

Official Form 206G

☐ Check if this is an amended filing

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest: Las Vegas Warehouse, Renting — 21 N Pecos Rd #103, Las Vegas, NV 89101 — State the term remaining: 7 Months Remaining — List the contract number of any government contract | Schnitzer Properties — 1121 SW Salmon Street Suite 500, Portland, OR 97205 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest: Philadelphia Warehouse, Renting — 1516 N. 5th Street, Philadelphia, PA 19122 — State the term remaining: 26 Months Remaining — List the contract number of any government contract | Billy Penn Studios LP — 1516 N 5th St, Philadelphia, PA 19122 |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest: Greenville Warehouse, Renting — 200 Augusta Abor Way, Greenville, SC 29605 — State the term remaining: 27 Months Remaining — List the contract number of any government contract | MTB Properties — 306 Surrey Lane, Anderson, SC 29621 |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest: San Antonio Warehouse, Renting — 11282 Culbera Road, San Antonio, TX 78253 — State the term remaining: 54 Months Remaining — List the contract number of any government contract | Oxford Real Estate Investments, LLC — PO BOX 2057, Boerne, TX 78006 |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest: 'Super K' Kennesaw Warehouse, Renting — 175 Chastain Meadows Court, Kennesaw, GA 30144 — State the term remaining: 76 Months Remaining — List the contract number of any government contract | Knickerbocker — 2118 Washington Ave #2000, Philadelphia, PA 19146 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** <br> Toledo Store, Renting <br> 5313A Airport Hwy, Toledo, OH 43615 <br> **State the term remaining** <br> 3 Months Remaining <br> **List the contract number of any government contract** | Frayer <br> PO Box 720308, Oklahoma City, OK 73132 |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** <br> Cincinnati Store, Renting <br> 3262 Highland Ave, Unit 11B, Cincinnatti, OH 45213 <br> **State the term remaining** <br> 3 Months Remaining <br> **List the contract number of any government contract** | Ridgewater Commerce LLC <br> 121 E 4th Street, Covington, KY 41011 |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** <br> Marietta Office, Renting <br> 1850 Parkway Place #650, Marietta, GA 30067 <br> **State the term remaining** <br> 33 Months Remaining <br> **List the contract number of any government contract** | Parkway Center Properties <br> 1170 Peachtree St, NE, Atlanta, GA 30309 |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** <br> 'K1' Kennesaw Warehouse, Renting, Subleasing <br> 1075 Cobb Intl Place NW, Suite A, Kennesaw, GA 30152 <br> **State the term remaining** <br> 30 Months Remaining <br> **List the contract number of any government contract** | Prologis - Landlord <br> 3475 Piedmont Rd NE, Atlanta, GA 30305 <br> Millennium Electronics and More, LLC - Sublessee <br> 1860 Barnett Shoal Rd., Ste: 103-526, Gwinnett, Athens, Ga. 30605 |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** <br> 'K2' Kennesaw Warehouse, Renting, Subleasing <br> 55 Chastain Rd NW, Suite 110, Kennesaw, GA 30144 <br> **State the term remaining** <br> 11 Months Remaining <br> **List the contract number of any government contract** | Armstrong Flooring - Landlord <br> 28551 Network Place, Chicago, IL 60673 <br> Purus Labs, Inc. - Sublessee <br> 1253 Andrews Pkwy Allen, TX, 75002 |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** <br> South Carolina Statewide Term Contract <br> 27 Months Remaining <br> **State the term remaining** <br> Govt Contract #4400021752 <br> **List the contract number of any government contract** | State of SC SFAA, DIV. OF PROCUREMENT SERVICES, ITMO <br> 1201 Main Street, Suite 600, Columbia, SC 29201 |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** <br> St Tammany Agreement to Fund Employee <br> **State the term remaining** <br> **List the contract number of any government contract** | St. Tammany Parish School Board <br> 321 North Theard St. Covington, LA 70433 |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    2

| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Hawkeye Services | Hawkeye Protection Services LLC |
|---|---|---|---|
| | | | 4575 Darrowby Dr. Powder Springs, GA 30127 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Printer/Scanner Lease | TIAA Bank |
|---|---|---|---|
| | | Contract #20426397 | PO Box 1283, Charlotte, NC 28201 |
| | State the term remaining | | Atlanta Office Technology – Owns Scanner |
| | List the contract number of any government contract | | 5600 Oakbrook Parkway Suite 260, Norcross, GA 30093 |

| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Trinet Services Requisition Form | Trinet Technology |
|---|---|---|---|
| | | | 4211 W. Boy Scout Boulevard Suite 295. Tampa, FL 33607 |
| | State the term remaining | 8 months Remaining | |
| | List the contract number of any government contract | | |

| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Lenovo Master Service Agreement Dated 03/10/2017 Agreement No. MA-17-000143 | Lenovo (United States) Inc. Michael Hare 8001 Development Drive, Morrisville, NC  27560 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Lenovo Amendment No. 1 for MA-17-000143 Dated 02/04/2022 Amendment to Master Service Agreement | Lenovo (United States) Inc. Richard Strickland 8001 Development Drive, Morrisville, NC  27560 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Lenovo Non-Technical Services Agreement SOW#  SA-49S2100347 under Base Agreement #MA-17-000143 | Lenovo (United States) Inc. Mary Goodwin 8001 Development Drive, Morrisville, NC  27560 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | SHI-Vendor Products/Services Resale Agreement dated 01/20/2022 | SHI International Corp. Anna Smith 290 Davidson Avenue, Somerset, NJ  08873 |
|---|---|---|---|

Official Form 206G        Schedule G: Executory Contracts and Unexpired Leases        3

| | | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| | State what the contract or | | |
| 2.20 | lease is for and the nature | Synnex Distribution Agreement – Non Stocking – ISV Dated 10/26/2016 | SYNNEX Corporation<br>Daniel T. Brennan<br>44201 Nobel Drive, Fremont, CA  94538 |
| | of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| | State what the contract or | | |
| 2.21 | lease is for and the nature | Synnex Master Services Agreement dated 04/26/2017 | SYNNEX Corporation<br>Daniel T. Brennan<br>44201 Nobel Drive, Fremont, CA  94538 |
| | of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.22 | lease is for and the nature | Synnex Reseller Agreement - Statement of Work Distribution Agrement - undated and unsigned | SYNNEX Corporation<br>44201 Nobel Drive, Fremont, CA  94538 |
| | of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.23 | lease is for and the nature | Dell Partner Program Agreement – Deployment Agrement Rev dated 12/21/2017 | Dell Marketing L.P.<br>One Dell Way<br>Round Rock, TX  78682 |
| | of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| | State what the contract or | | |
| 2.24 | lease is for and the nature | Dell Vendor Maintenance Form dated 01/03/2019 | Dell Marketing L.P.<br>One Dell Way<br>Round Rock, TX  78682 |
| | of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| | State what the contract or | | |
| 2.25 | lease is for and the nature | Dell Small Business Certification dated 02/04/2019 | Dell Marketing L.P.<br>One Dell Way<br>Round Rock, TX  78682 |
| | of the debtor's interest | | |
| | State the term remaining | | |

Official Form 206G      **Schedule G: Executory Contracts and Unexpired Leases**

| | | |
|---|---|---|
| | List the contract number of any government contract | |
| | State what the contract or | |
| **2.26** | lease is for and the nature | Dell Global Services SOW for EUC Education Rate Card for K12 dated 06/04/2019 | Dell Marketing L.P.<br>Kenton Brandt<br>One Dell Way<br>Round Rock, TX 78682 |
| | of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| | State what the contract or | |
| **2.27** | lease is for and the nature | Dell Master Relationship Agreement dated 12/21/2018 | Dell Inc.<br>Attn: General Counsel<br>RR1-33<br>One Dell Way<br>Round Rock, TX 78682 |
| | of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| | State what the contract or | |
| **2.28** | lease is for and the nature | AllCovered Reseller Through Distribution Agreement dated 06/08/2021 | AllCovered, a division of Konica Minolta Business Solutions USA Inc.<br>1051 E. Hillsdale Blvd., Suite 510<br>Forest City, CA 94404<br>Attention: Legal Counsel |
| | of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| | State what the contract or | |
| **2.29** | lease is for and the nature | OmniPro Reseller Through Distribution Agreement dated 03/01/2021 | OmniPro LLC<br>50 Mendell Street, Suite 2<br>San Francisco, CA 94124<br>Attn: Krish De Silva |
| | of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| | State what the contract or | |
| **2.30** | lease is for and the nature | A2C Services Ltd. Wholesale Reseller Agreement dated 03/01/2019 | A2C Services Ltd.<br>Unit E, Railway Triangle, Walton Road<br>Portsmouth, PO6 1TY, UK<br>Attn: Simon DeGruchy |
| | of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Official Form 206G       **Schedule G: Executory Contracts and Unexpired Leases**

| | State what the contract or | | |
|---|---|---|---|
| 2.31 | lease is for and the nature | Applied Data Technologies Reseller Through Distribution Agreement dated 11/17/2021 | Applied Data Technologies<br>Terri Barnes<br>8515 Crown Crescent Court<br>Charlotte, NC 28227 |
| | of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| | State what the contract or | | |
| 2.32 | lease is for and the nature | Appogee LLC Reseller Through Distribution Agreement dated 11/10/2020 | Appogee LLC<br>Timothy Hassett<br>418 Evans Street, Suite 201<br>Greenville, NC 27858 |
| | of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| | State what the contract or | | |
| 2.33 | lease is for and the nature | Brightcentra, Inc. Reseller Through Distribution Agreement dated 03/01/2021 | Brightcentra, Inc.<br>Frederick Wick<br>52 Buena Vista Road<br>South San Francisco, CA 94080 |
| | of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| | State what the contract or | | |
| 2.34 | lease is for and the nature | GovConnection, Inc. Reseller Through Distribution Agreement dated 01/26/2021 | GovConnection, Inc.<br>Ray McIlwain<br>732 Milford Road<br>Merrimack, NH 03054 |
| | of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| | State what the contract or | | |
| 2.35 | lease is for and the nature | GTS Technology Solutions Reseller Agreement Through Distribution dated 07/23/2020 | GTS Technology Solutions<br>Britta Butler<br>9211 Waterford Centre Blvd, Ste 275<br>Austin, TX 78758 |
| | of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Official Form 206G                        Schedule G: Executory Contracts and Unexpired Leases                                     6

| | | |
|---|---|---|
| | **State what the contract or** | |
| 2.36 | **lease is for and the nature** | Howard Industries, Inc. Reseller Agreement<br>Through Distribution dated 04/14/2020 |
| | **of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of**<br>**any government contract** | |
| | **State what the contract or** | |
| 2.37 | **lease is for and the nature** | OETC Reseller Agreement Through Distribution<br>dated 03/30/2021 |
| | **of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of**<br>**any government contract** | |
| | **State what the contract or** | |
| 2.38 | **lease is for and the nature** | Orion Technology Group LLC Reseller<br>Agreement Through Distribution dated<br>03/02/2021 |
| | **of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of**<br>**any government contract** | |
| | **State what the contract or** | |
| 2.39 | **lease is for and the nature** | PCS Inc. Reseller Agreement Through<br>Distribution dated 01/27/2021 |
| | **of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of**<br>**any government contract** | |
| | **State what the contract or** | |
| 2.40 | **lease is for and the nature** | Premier Wireless Reseller Through Distribution<br>Agreement dated 07/02/2021 |
| | **of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of**<br>**any government contract** | |

Address details:

2.36 Howard Industries, Inc.
PO Boxes 1590
Ellisville, MS  39437

2.37 OETC
471 High Street SE Ste 10
Salem, OR  97301

2.38 Charter Tech Services
Attn: Jordan Podlucky
302 Washington St
San Diego, CA  92103

2.39 PCS Inc
Attn: Dan Spear
1720 Topside Road
Louisville, TN  37777

2.40 Premier Wireless Business Tech Solutions
Attn: Margaret Snider
9555 W Sam Houston Pkwy S Suite 550
Houston, TX 77099

| | | |
|---|---|---|
| | **State what the contract or** | |
| 2.41 | **lease is for and the nature** | Sehi Computer Products Inc. Reseller Through Distribution Agreement dated 01/27/2021 | Sehi Computer Products Inc.<br>Attn: Craig Sehi<br>2930 Bond Street<br>Rochester Hills, MI  48309 |
| | **of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| | **State what the contract or** | |
| 2.42 | **lease is for and the nature** | Troxell Communications, Inc. Reseller Through Distribution Agreement dated 02/25/2021 | Troxell Communications, Inc.<br>Attn: Dan Gerelick<br>4675 E Cotton Center Blvd, Ste 155<br>Phoenix, AZ  85040 |
| | **of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.43 | **lease is for and the nature** | Digital Agent Service Level Agreement for Managed IT Services dated 01/31/2022 | Digital Agent<br>Attn: Keyur Patel<br>2300 Windy Ridge Pkwy SE<br>Suite R-50<br>Atlanta, GA  30339 |
| | **of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| | **State what the contract or** | |
| 2.44 | **lease is for and the nature** | Applied Data Consultants, Inc. dba Elite EXTRA Licensing Agreement dated 01/28/2021 | Elite EXTRA<br>2985 58th Street<br>Eau Claire, WI  54703 |
| | **of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| | **State what the contract or** | |
| 2.45 | **lease is for and the nature** | Oracle Netsuite Agreement dated 02/18/2022 | Oracle Netsuite<br>2300 Oracle Way<br>Austin, TX  78741 |
| | **of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Official Form 206G                                    **Schedule G: Executory Contracts and Unexpired Leases**

| | State what the contract or | | |
|---|---|---|---|
| 2.46 | lease is for and the nature | ASUS Service Agreement dated 01/15/2022 | ASUS Computer International<br>Attn: Steve Chang<br>48720 Kato Road<br>Fremont, CA 94538 |
| | of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of<br>any government contract | | |

Official Form 206G              **Schedule G: Executory Contracts and Unexpired Leases**                        9

Debtor name  Staymobile Venture LLC

United States Bankruptcy Court for the:  Eastern                    District of  Michigan
                                                                                      (State)
Case number (If known):     22-43781-lsg

☐ Check if this is an
   amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   [x] No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____<br><br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | Street _____<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | Street _____<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street _____<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | Street _____<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | Street _____ | | ☐ D<br>☐ E/F<br>☐ G |

Official Form 206H                                    **Schedule H: Codebtors**                                    page 1 of 1