UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

STAYMOBILE VENTURE LLC

Chapter 7
Case No. 22-43781-lsg
Hon. Lisa S. Gretchko

Debtor(s)
_____/

Cover Sheet for Motion to Approve Sale Procedures

The Trustee, Timothy J. Miller, has filed a motion for approval of procedures for the sale of assets, which is attached to this cover sheet. Pursuant to E.D. Mich. LBR 6004-1, the Trustee has identified below, by page and paragraph number, the location in the proposed order accompanying the motion of each of the following provisions:

| PROVISION | Contained in proposed order | Location in proposed order |
|---|---|---|
| (1) Provisions concerning the qualifications of the bidding parties. | ____ Yes<br>__X__ No | Page __, ¶ __ |
| (2) Provisions concerning the criteria for a qualifying bid and any deadlines for (i) submitting such a bid, and (ii) notification of whether the bid made constitutes a qualifying bid. | ____ Yes<br>__X__ No | Page __, ¶ __ |
| (3) Provisions that require qualified bids to identify points of variation from the stalking horse bid (including price and other terms). | ____ Yes<br>__X__ No | Page __, ¶ __ |
| (4) Provisions pertaining to the conditions to the qualified bidders' obligation to consummate the purchase (including the time period within which the purchaser must close the transaction). | ____ Yes<br>__X__ No | Page __, ¶ __ |
| (5) Provisions pertaining to the amount required for a good faith deposit. | ____ Yes<br>__X__ No | Page __, ¶ __ |

| | | |
|---|---|---|
| (6) Provisions that relate to a "Back-Up Buyer" should the first winning bidder fail to close the transaction within a specified period of time. | ____ Yes<br>_X_ No | Page __, ¶ __ |
| (7) No-shop or No-Solicitation provisions including the justification for such provision. | ____ Yes<br>_X_ No | Page __, ¶ __ |
| (8) Provisions relating to Break-Up fees, Topping fees, and/or Expense Reimbursement (including the waiver of such fees due to rebidding). | ____ Yes<br>_X_ No | Page __, ¶ __ |
| (9) Provisions specifying the bidding increments. | ____ Yes<br>_X_ No | Page __, ¶ __ |
| (10) Provisions relating to auction procedures including manner in which auction is to be conducted and when the auction will be open and when it will close. | _X_ Yes<br>____ No | Page _2_, ¶ _3_ |
| (11) Provisions relating to whether the auction will occur and the termination of the auction process and/or sale. | _X_ Yes<br>____ No | Page _2_, ¶ _3_ |
| (12) Provision whether 10 day stay of Fed. R. Bankr. P. 6004(g) and 6006(d) is waived. | _X_ Yes<br>____ No | Page _4_, ¶ _14_ |
| (13) Provisions regarding timing for notice, submission of bids, objections to sale and other key events. | ____ Yes<br>_X_ No | Page __, ¶ __ |

Respectfully submitted,

OSIPOV BIGELMAN, P.C.

Dated: June 28, 2022

/s/ Anthony J. Miller
Anthony J. Miller (P71505)
Jeffrey H. Bigelman (P61755)
Attorneys for the Trustee
20700 Civic Center Dr. Suite 420
Southfield, MI 48076
Phone: (248) 663-1800 /Fax: (248) 663-1801
Email: jhb@osbig.com / am@osbig.com