# Form 1
# Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 22-43781-LSG  
**Case Name:** STAYMOBILE VENTURE LLC  
**For Period Ending:** 03/31/2023

**Trustee Name:** (420470) Timothy J. Miller  
**Date Filed (f) or Converted (c):** 05/09/2022 (f)  
**§ 341(a) Meeting Date:** 06/08/2022  
**Claims Bar Date:** 09/12/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | bank account (u)<br>bank account transfer facilitated prior to schedules being filed | 24,511.00 | 24,510.95 | | 30,504.95 | FA |
| 2 | deposits security deposits and utility deposits<br>original sch. 5/23/22 doc. 47 | 413,079.00 | 413,079.00 | | 0.00 | FA |
| 3 | prepayments<br>original sch. 5/23/22 doc. 47 | 247,406.00 | 247,406.00 | | 8,500.00 | FA |
| 4 | 90 days or less accounts receivable<br>unknown if collectible<br>original sch. 5/23/22 doc. 47 | 8,248,406.00 | 8,248,406.00 | | 4,189.00 | 8,244,217.00 |
| 5 | over 90 day old Accounts receivable<br>unknown if collectible<br>original sch. 5/23/22 doc. 47 | 223,391.00 | 223,391.00 | | 0.00 | 223,391.00 |
| 6 | non public stock- Staymobile Franchising LLC<br>original sch. 5/23/22 doc. 47 | Unknown | 0.00 | | 0.00 | FA |
| 7 | other inventory or supplies<br>original sch. 5/23/22 doc. 47 | 8,661,371.00 | 8,661,371.00 | | 1,138,778.66 | FA |
| 8 | furniture & fixtures are combined<br>original sch. 5/23/22 doc. 47 | 69,705.78 | 69,706.00 | | 0.00 | FA |
| 9 | case tooling<br>original sch. 5/23/22 doc. 47 | 57,334.72 | 57,334.72 | | 0.00 | FA |
| 10 | office equipment- all computer equipment | 55,320.53 | 55,320.53 | | 0.00 | FA |
| 11 | Automobiles | 117,054.37 | 117,054.37 | | 0.00 | FA |
| 12 | any building debtor has an interest<br>rental income under sublet<br>renting interest only | 0.00 | 15,000.00 | | 10,743.30 | FA |
| 13 | patent, copyrights, trademarks | Unknown | 0.00 | | 0.00 | FA |
| 14 | other property of any kind not listed<br>per docket no. 47 - attachment for part 11 no. 77<br>Leasehold Improvements/Construction in Process $1,058,866<br>Technology 12,607<br>Dash Card Account 3,856<br>Signage 10,284<br>Total $1,085,613 | 1,085,613.00 | 1,085,613.00 | | 9,319.05 | FA |
| 15 | Funding from SHI International per order at docket no. 49 (u)<br>Per docket no. 49 order for stay relief etc. | Unknown | 7,500.00 | | 7,500.00 | FA |
| 16 | Funding from Customers p/o 05/27/2022 (u)<br>docket no. 74 | Unknown | 250,000.00 | | 250,000.00 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 22-43781-LSG
**Case Name:** STAYMOBILE VENTURE LLC

**For Period Ending:** 03/31/2023

**Trustee Name:** (420470) Timothy J. Miller
**Date Filed (f) or Converted (c):** 05/09/2022 (f)
**§ 341(a) Meeting Date:** 06/08/2022
**Claims Bar Date:** 09/12/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Funds from SHI International per order<br>per June 10, 2022 order at docket no. 103 | 0.00 | 250,000.00 | | 250,000.00 | FA |
| 18 | VOID (u) | VOID | VOID | VOID | VOID | VOID |
| 19 | Oregon Dept of Revenue 2021 tax refund (u) | 0.00 | 0.00 | | 152.40 | FA |
| 20 | VOID (u) | VOID | VOID | VOID | VOID | VOID |
| 21 | VOID (u) | VOID | VOID | VOID | VOID | VOID |
| 22 | VOID (u) | VOID | VOID | VOID | VOID | VOID |
| 23 | VOID (u) | VOID | VOID | VOID | VOID | VOID |
| 24 | Claim v H. Martin Sprock a.p. 22-4164 (u)<br>Default judgment - docket no. 10 in adv proc 22-4164 | Unknown | 250,000.00 | | 120.94 | 249,879.06 |
| 25 | VOID (u)<br>Partial premium refund | VOID | VOID | VOID | VOID | VOID |
| **25** | **Assets Totals (Excluding unknown values)** | **$19,203,192.40** | **$19,975,692.57** | | **$1,709,808.30** | **$8,717,487.06** |

**Major Activities Affecting Case Closing:**

    4/11/23 Several more adversaries filed this month
    03/21/2023 fee application matters and special receivable collection counsel application resolved at hearings 3-17-23
    03/01/2023 hearing on counsel for trustee fee applications 03/17/2023
    01/24/2023 supplemental payment of auctioneer expense approved; counsel for trustee and accountant for trustee fee applications pending
    01/05/2023 continuing investigation of preferential transfers, recoverable receivables, insurance claim, secured creditor dispute
    12/19/2022 auctioneer compensation partially granted
    10/24/2022 auctioneer compensation app to be filed
    09/08/2022 online auction ends
    08/11/2022 settled dispute with the Goldie Group
    08/04/2022 sale hearing continued
    06/30/2022 hearing set on motion to sell by auction
    06/27/2022 counsel and accountant employed; sites visited; stay relief and compromise order requirements mostly completed; employment of auctioneer pending; sale by public auction planned
    06/01/2022 meeting of creditors 06/08/2022
    05/23/2022 hearing held; schedules filed

**Initial Projected Date Of Final Report (TFR):** 11/21/2023   **Current Projected Date Of Final Report (TFR):** 11/21/2023

| 04/18/2023 | /s/Timothy J. Miller |
|---|---|
| Date | Timothy J. Miller |

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 22-43781-LSG | Trustee Name: | Timothy J. Miller (420470) |
|---|---|---|---|
| Case Name: | STAYMOBILE VENTURE LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7267 | Account #: | ******1691 Checking |
| For Period Ending: | 03/31/2023 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/11/22 | {1} | Timothy J. Miller, Bankruptcy Trustee of STAYMOBILE VENTURE LLC | WIRE FROM STAYMOBILE VENTURE LLC | 1229-000 | 24,510.95 | | 24,510.95 |
| 05/20/22 | 101 | Sue Napoiltano | Georgia warehouse work p/o 5/19/22 doc. 28 | 2420-000 | | 800.00 | 23,710.95 |
| 05/20/22 | 102 | Tim Anderson | Georgia warehouse work p/o 5/19/22 doc. 28 | 2420-000 | | 800.00 | 22,910.95 |
| 05/20/22 | 103 | Richard Metzger | Georgia warehouse work p/o 5/19/22 doc. 28 | 2420-000 | | 800.00 | 22,110.95 |
| 05/23/22 | {15} | STAYMOBILE VENTURE LLC bankruptcy estate | WIRE FROM SHI INTERNATIONAL CORP | 1290-000 | 7,500.00 | | 29,610.95 |
| 05/24/22 | 104 | Hawkeye Protection Services, LLC | Invoice 43#051622-StayMobile security services p/o 5/19/22 doc. 28 | 2420-000 | | 3,864.00 | 25,746.95 |
| 05/26/22 | {12} | Millennium Electronic & More LLC - Staymobile | May rent Kennesaw sublease | 1110-000 | 5,371.65 | | 31,118.60 |
| 05/26/22 | {4} | SHI Government Solutions Inc-Staymobile | Accounts receivables | 1129-000 | 9,048.00 | | 40,166.60 |
| 05/26/22 | {4} | SHI International Group - Staymobile | accounts receivable | 1129-000 | 13,649.00 | | 53,815.60 |
| 05/26/22 | {4} | SHI Government Solutions, Inc.-Staymobile | accounts receivables | 1129-000 | 33,930.00 | | 87,745.60 |
| 05/26/22 | 105 | OSBIG PC (Osipov Bigelman) | reimbursement p/o 5/19/22 doc. 28 p/o 5/23/22(doc 49) | 2420-000 | | 2,385.44 | 85,360.16 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 30.50 | 85,329.66 |
| 05/31/22 | {4} | SHI Government Service | accounts receivable | 1129-000 | -9,048.00 | | 76,281.66 |
| 05/31/22 | {4} | SHI Government SErv. | accounts receivable | 1129-000 | -33,930.00 | | 42,351.66 |
| 06/01/22 | {16} | Staymobile Venture, LLC | WIRE FROM BLUUM OF TEXAS LLC | 1290-000 | 127,909.95 | | 170,261.61 |
| 06/01/22 | {16} | Staymobile Venture, LLC | WIRE FROM STREUSAND LANDON OZBURN | 1290-000 | 4,771.04 | | 175,032.65 |
| 06/01/22 | {16} | Staymobile Venture, LLC | WIRE FROM SHI INTERNATIONAL CORP | 1290-000 | 19,199.28 | | 194,231.93 |
| 06/01/22 | 106 | Hawkeye Protection Services, LLC | security coverage 5/23/22-5/29/22 invoice #26#052322-Stay p/o 5/27/22 doc74 | 2420-000 | | 3,864.00 | 190,367.93 |
| 06/01/22 | {4} | SHI International | NSF deposit | 1129-000 | -13,649.00 | | 176,718.93 |
| 06/02/22 | {16} | STAYMOBILE VENTURE LLC | WIRE FROM TECH DATA | 1290-000 | 7,335.64 | | 184,054.57 |
| 06/02/22 | {16} | STAYMOBILE VENTURE LLC | WIRE FROM LENOVO (UNITED STATES)I | 1290-000 | 90,784.09 | | 274,838.66 |
| 06/06/22 | 107 | The James B. Oswald Company | Ins. policy #36045811 ECE 12/12/21-12/12/22 (renew policy) | 2420-000 | | 6,507.75 | 268,330.91 |
| 06/06/22 | 108 | The James B. Oswald Company | Ins. Policy #7359-62-27 12/1/21-12/12/22 (Bus. Auto) | 2500-000 | | 5,770.00 | 262,560.91 |
| 06/06/22 | 109 | Duke Energy | serviceTrustee Timothy J. Miller 200 Augusta Arbor Way Ste. F Greenville SC acct. #9101 2622 2895 | 2420-000 | | 168.59 | 262,392.32 |
| 06/06/22 | 110 | Duke Energy | Staymobile Venture LLC 200 Augusta Arbor Way Ste. F Greenville SC acct 9100 2964 2558<br>Voided on 07/21/2022 | 2420-004 | | 351.86 | 262,040.46 |

Page Subtotals: $287,382.60 $25,342.14

{ } Asset Reference(s)                                                                                                                  ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 22-43781-LSG | Trustee Name: | Timothy J. Miller (420470) |
|---|---|---|---|
| Case Name: | STAYMOBILE VENTURE LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7267 | Account #: | ******1691 Checking |
| For Period Ending: | 03/31/2023 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/06/22 | 111 | Hawkeye Protection Services, LLC | SECURITY COVERAGE p/o 5/27/22 doc74 | 2420-000 | | 3,864.00 | 258,176.46 |
| 06/09/22 | 112 | CPS Energy | Electric billing date 5/6/22 Customer #****-***8-357 | 2420-000 | | 424.95 | 257,751.51 |
| 06/13/22 | | Cobb EMC | Cobb EMC WEB PMTS 061322 CCD QFMNSJ | 2420-000 | | 5,363.27 | 252,388.24 |
| 06/14/22 | {17} | SHI International | SHI INTERNATIONA STAYMOBILE CCD | 1149-000 | 250,000.00 | | 502,388.24 |
| 06/15/22 | 113 | Cobb EMC | Electric service June #436885006 | 2420-000 | | 4,814.02 | 497,574.22 |
| 06/15/22 | 114 | The James B. Oswald Company | policy #36045811ECE Invoice #1852396 | 2420-000 | | 6,301.00 | 491,273.22 |
| 06/15/22 | 115 | Hawkeye Protection Services LLC | protection services p/o 5/27/22 doc74 | 2420-000 | | 3,864.00 | 487,409.22 |
| 06/17/22 | {12} | Millelnnium Electonics & More LLC - Staymobile | rent under sublet | 1110-000 | 5,371.65 | | 492,780.87 |
| 06/17/22 | | United Security Services | refund of prepaid security costs (partial) | 2420-750 | | -222.22 | 493,003.09 |
| 06/17/22 | | United Security Services | refund of prepaid security costs (partial) | 2420-000 | | -222.22 | 493,225.31 |
| 06/17/22 | 116 | OSBIG PC (Osipov Bigelman) | p/o 5/27/22 doc74 NetSuite-Oracle cr card reimb $8067.64; Delta $1592.20; Hilton $185.95; Hertz $79.90 | 2420-000 | | 9,925.69 | 483,299.62 |
| 06/17/22 | 117 | Tim Anderson | 1099-6/10/22-6/16/22 82.4 hr. @$200- pay p/o 5/27/22 doc. 74 | 2420-000 | | 16,480.00 | 466,819.62 |
| 06/17/22 | 118 | Richard Metzger | 1099 6/5/22-6/12/22 21.2 hr. @$200- pay p/o 5/27/22 doc. 74 | 2420-000 | | 4,240.00 | 462,579.62 |
| 06/17/22 | 119 | Stephanie Simmons | 1099-6/11/22-6/16/22 67.1 hr.s @$200- pay p/o 5/27/22 doc. 74 | 2420-000 | | 13,420.00 | 449,159.62 |
| 06/17/22 | 120 | ADT Commercial | service 5/31/22-7/30/22 - acct. #402556324 | 2420-000 | | 433.53 | 448,726.09 |
| 06/17/22 | 121 | Hawkeye Protection Services, LLC | security 6/13/22-6/19/22 Invoice 47#061322-Stay | 2420-000 | | 3,864.00 | 444,862.09 |
| 06/17/22 | 122 | Susan Napolitano | 1 day p/o 5/27/22 doc. 74 | 2420-000 | | 200.00 | 444,662.09 |
| 06/17/22 | 123 | Zachary Koontz | 1099 emp 6/9/22-6/15/22 67.7 hr. @$200 p/o 5/27/22 doc. 74 | 2500-000 | | 13,540.00 | 431,122.09 |
| 06/17/22 | | United Security Services | Deposit Reversal: refund of prepaid security costs (partial) | 2420-000 | | 222.22 | 430,899.87 |
| 06/17/22 | | United Security Services | refund of prepaid security costs (partial) | 2420-750 | | 222.22 | 430,677.65 |
| 06/22/22 | 124 | Cobb County Water System | acct #*******-**9752 stmt date 06-07-22 | 2420-000 | | 340.10 | 430,337.55 |
| 06/22/22 | 125 | Greenville Water | acct #******3619 stmt date 06/15/22 | 2420-000 | | 115.67 | 430,221.88 |
| 06/27/22 | 126 | Hawkeye Protection Services LLC | 48#062022 Invoice Date: June 20, 2022 p/o 5/27/22 doc74 | 2420-000 | | 3,864.00 | 426,357.88 |
| 06/27/22 | 127 | Tim Anderson | p/o 05-27-22 services 06-20-22 to 06-23-22 | 2420-000 | | 10,040.00 | 416,317.88 |
| 06/27/22 | 128 | Richard Metzger | p/o 05-27-22 services 06-13-22 to 06-16-22 | 2420-000 | | 640.00 | 415,677.88 |
| 06/27/22 | 129 | Cobb EMC | Acct no 436885006 175 Chastain Meadows, Kennesaw GA bill 06-15-22 | 2420-000 | | 5,321.71 | 410,356.17 |

Page Subtotals: $255,371.65 $106,167.06

22-43781-lsg Doc 371 Filed 04/18/23 Entered 04/18/23 20:10:49 Page 4 of 10

{ } Asset Reference(s)     ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-3

| | | |
|---|---|---|
| Case No.: 22-43781-LSG | Trustee Name: | Timothy J. Miller (420470) |
| Case Name: STAYMOBILE VENTURE LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: **-***7267 | Account #: | ******1691 Checking |
| For Period Ending: 03/31/2023 | Blanket Bond (per case limit): | $2,000,000.00 |
| | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/27/22 | 130 | Cobb EMC | Acct no 436885005 175 Chastain Meadows, Kennesaw GA bill 06-15-22 | 2420-000 | | 562.15 | 409,794.02 |
| 06/27/22 | 131 | OSBIG PC (Osipov Bigelman) | per 05-27-22 order - $100 At&T deposit; $315.03 emergency reinstatement Cobb EMC | 2420-000 | | 415.03 | 409,378.99 |
| 06/28/22 | 132 | OSBIG PC (Osipov Bigelman) | Rental car and parking p/o 5/27/22 doc74 | 2420-000 | | 272.33 | 409,106.66 |
| 06/28/22 | 133 | Timothy J. Miller | 6/14/22 expenses for rental car, fuel, lodging, meals Georgia p/o 5/27/22 | 2420-000 | | 1,161.64 | 407,945.02 |
| 06/29/22 | {4} | Seminole County Public Schools | Payment on invoices 395232 and 424154 | 1129-000 | 4,189.00 | | 412,134.02 |
| 06/29/22 | {14} | TriNet Inc. | TriNet's Business Recovery Credit Program Check | 1129-000 | 9,319.05 | | 421,453.07 |
| 06/30/22 | 134 | Hawkeye Protection Services, LLC | security invoice 49#062722-Stay p/o 5/27/22 doc74 | 2420-000 | | 3,864.00 | 417,589.07 |
| 06/30/22 | 135 | ADT Commercial | service protection Acct. #70151907-5/8-6/2-$57.90/6/8-7/3 $115.80 | 2500-000 | | 173.70 | 417,415.37 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 617.15 | 416,798.22 |
| 07/11/22 | 136 | Hawkeye Protection Services, LLC | security services 7/4/22-7/10/22 Invoice No. 50#07622-Staymobile p/o 6/10/22 doc 103doc1https://consumerbankruptcy.stretto.com/workplace/img/buttons/search_icon.png03 | 2420-000 | | 3,864.00 | 412,934.22 |
| 07/11/22 | 137 | Duke Energy | energy bill acct. ********2895 service at 200 Augusta Arbor Way Ste. F Greenville SC | 2420-000 | | 410.18 | 412,524.04 |
| 07/11/22 | 138 | Zachary Koontz | 1099 emp-6/16/22-7/1/22 24.6 hrs. @$200 p/o 5/27/22 doc. 74 p/o 6/10/22 doc 103 | 2420-000 | | 4,920.00 | 407,604.04 |
| 07/18/22 | 139 | Hawkeye Protection Services, LLC | security coverage 7/11/22-7/17/22-invoce 51#071122-Stay p/o 6/10/22 doc 103 | 2420-000 | | 3,864.00 | 403,740.04 |
| 07/18/22 | 140 | Tim Anderson | 1099 10 hrs. @200.00 hr. 6/28/22-2/29/2022 p/o 6/10/22 doc 103 | 2420-000 | | 2,000.00 | 401,740.04 |
| 07/20/22 | 141 | Hawkeye Protection Services, LLC | Security coverage 7/18/22-7/24/22 Invoice #52#071822-Stay | 2420-000 | | 3,864.00 | 397,876.04 |
| 07/20/22 | 142 | Cobb EMC | Acct no 436885005 175 Chastain Meadows, Kennesaw GA bill 6-1-22-7-1-22 | 2420-000 | | 122.77 | 397,753.27 |
| 07/20/22 | 143 | Cobb EMC | Acct no 436885006 175 Chastain Meadows, Kennesaw GA bill ***-**-**-*7-1-22 | 2420-000 | | 7,818.73 | 389,934.54 |
| 07/21/22 | 110 | Duke Energy | Staymobile Venture LLC 200 Augusta Arbor Way Ste. F Greenville SC acct 9100 2964 2558 Voided: check issued on 06/06/2022 | 2420-004 | | -351.86 | 390,286.40 |
| 07/27/22 | 144 | Hawkeye Protection Services, LLC | security coverage 7/24/22-7/31/22 Invoice 53#072522-Stay p/o 6/10/22 doc 103 | 2420-000 | | 3,864.00 | 386,422.40 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 644.23 | 385,778.17 |

Page Subtotals: $13,508.05  $38,086.05

{ } Asset Reference(s)                                                                                                    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-4

| Case No.: | 22-43781-LSG | Trustee Name: | Timothy J. Miller (420470) |
|---|---|---|---|
| Case Name: | STAYMOBILE VENTURE LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7267 | Account #: | ******1691 Checking |
| For Period Ending: | 03/31/2023 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/02/22 | 145 | Hawkeye Protection Services, LLC | security coverage 8/1/22-8/7/22 invoice 54#080122-Stay p/o 6/10/22 doc 103 | 2420-000 | | 3,864.00 | 381,914.17 |
| 08/05/22 | 146 | ADT Commercial | ADT acct no. 402556324 | 2420-000 | | 305.48 | 381,608.69 |
| 08/05/22 | 147 | CPS Energy | CPS cust. no. ***-***8-357 | 2420-000 | | 475.33 | 381,133.36 |
| 08/05/22 | 148 | Cobb County Water System | acct. no. *******-**9752 | 2420-000 | | 117.01 | 381,016.35 |
| 08/05/22 | 149 | Zachary Koontz | Invoice for July 13 through July 18, 2022 p/o 6/10/22 doc 103 | 2420-000 | | 1,880.00 | 379,136.35 |
| 08/09/22 | 150 | Tim Anderson | Invoice 08/06/2022 p/o 6/10/22 doc 103 | 2420-000 | | 3,400.00 | 375,736.35 |
| 08/09/22 | 151 | Duke Energy | acct. no. 9101 2622 2895 | 2420-000 | | 333.74 | 375,402.61 |
| 08/09/22 | 152 | Hawkeye Protection Services, LLC | inv. no. 56#080822p/o 6/10/22 doc 103 | 2420-000 | | 3,864.00 | 371,538.61 |
| 08/15/22 | {1} | Timothy J. Miller | WIRE FROM STAYMOBILE VENTURE LLC | 1229-000 | 674.00 | | 372,212.61 |
| 08/15/22 | {1} | Timothy J. Miller | WIRE FROM STAYMOBILE VENTURE LLC | 1229-000 | 5,320.00 | | 377,532.61 |
| 08/15/22 | 153 | ADT Security Services | security sevice Acc.403021071 200 August Arbor Way Acc.403021071*/21-9/20/22 | 2420-000 | | 199.41 | 377,333.20 |
| 08/17/22 | 154 | Hawkeye Protection Services, LLC | security 8/15/22-8/21/22 invoice 57#081522-Stay p/o 6/10/22 doc 103 | 2420-000 | | 3,772.00 | 373,561.20 |
| 08/26/22 | 155 | Hawkeye Protection Services, LLC | security coverage 8/22/22-8/28/22 Invoice 57#083333-StayMobile p/o 6/10/22 doc 103 | 2420-000 | | 3,864.00 | 369,697.20 |
| 08/26/22 | 156 | ADT Commercial | ADT Security 175 Chastain account #70151907 | 2420-000 | | 57.90 | 369,639.30 |
| 08/26/22 | 157 | AST Commercial | ADT Commercial 21 Pecos Rd. Las Vegas Account #402556324 Voided on 08/26/2022 | 2420-004 | | 330.80 | 369,308.50 |
| 08/26/22 | 157 | AST Commercial | ADT Commercial 21 Pecos Rd. Las Vegas Account #402556324 Voided: check issued on 08/26/2022 | 2420-004 | | -330.80 | 369,639.30 |
| 08/26/22 | 158 | CPS Energy | Energy usage 11282 Culebra Rd. San Antonio TX customer #***-***8-357 | 2420-000 | | 232.10 | 369,407.20 |
| 08/26/22 | 159 | Cobb County Water System | Water usage175 Chastain Meadows Ct.acct. #*******-**9752 | 2420-000 | | 122.60 | 369,284.60 |
| 08/26/22 | 160 | Cobb EMC | energy service 175 Chastain Meadows acct. #436885005 | 2420-000 | | 132.47 | 369,152.13 |
| 08/26/22 | 161 | Cobb EMC | Energy usage 175 Chastain ct. Acct. #436885006 | 2420-000 | | 7,431.02 | 361,721.11 |
| 08/26/22 | 162 | ADT Commercial | ADT security 21 Pecos Rd. Las Vegas Ccct. #402556324 | 2420-000 | | 330.80 | 361,390.31 |
| 08/26/22 | 163 | Tim Anderson | 1099 payroll 8/7/22-8/2122- 42.5 hrs. p/o 6/10/22 doc 103 | 2420-000 | | 6,375.00 | 355,015.31 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 671.20 | 354,344.11 |
| 09/01/22 | 164 | Hawkeye Protection Services, LLC | security coverage 8/29/22-9/4/22 invoice 58#082922 p/o 6/10/22 doc 103 | 2420-000 | | 3,864.00 | 350,480.11 |
| 09/01/22 | 165 | The James B. Oswald Company | Chubb Ins. Group #36045811 ECE 12/20/21-12/12/22Invoice 2000903 acct. #44141 | 2420-750 | | 6,507.75 | 343,972.36 |

Page Subtotals: $5,994.00  $47,799.81

22-43781-lsg   Doc 371   Filed 04/18/23   Entered 04/18/23 20:10:49   Page 6 of 10

{ } Asset Reference(s) ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-5

| Case No.: | 22-43781-LSG | Trustee Name: | Timothy J. Miller (420470) |
|---|---|---|---|
| Case Name: | STAYMOBILE VENTURE LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7267 | Account #: | ******1691 Checking |
| For Period Ending: | 03/31/2023 | Blanket Bond (per case limit): | $2,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/01/22 | 166 | The James B. Oswald Company | Policy #7359-62-27 12/12/21-12/12/22 Business Auto Policy invoice 2000902 acct.44141 | 2420-750 |  | 5,770.00 | 338,202.36 |
| 09/14/22 | 167 | Hawkeye Protection Services, LLC | security coverage 9/5/22-9/11/22 invoice 59#090622 p/o 6/10/22 doc 103 | 2420-000 |  | 3,864.00 | 334,338.36 |
| 09/16/22 | 168 | Honigman LLP | Security coverage 9/12/22-9/16/22 Invoice 60#091222 Voided on 09/16/2022 | 2420-004 |  | 3,864.00 | 330,474.36 |
| 09/16/22 | 168 | Honigman LLP | Security coverage 9/12/22-9/16/22 Invoice 60#091222 Voided: check issued on 09/16/2022 | 2420-004 |  | -3,864.00 | 334,338.36 |
| 09/16/22 | 169 | Hawkeye Protection Services, LLC | security coverage 9/12/9/16 Invoice 60#091222 p/o 6/10/22 doc 103 | 2420-000 |  | 3,864.00 | 330,474.36 |
| 09/29/22 | {19} | Oregon Dept of Revenue-Staymobile | partnership refund | 1224-000 | 152.40 |  | 330,626.76 |
| 09/29/22 | 170 | Hawkeye Protection Services, LLC | security coverage 9/19/222-9/25/22 p/o 6/10/22 doc 103 | 2420-000 |  | 3,864.00 | 326,762.76 |
| 09/30/22 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 553.79 | 326,208.97 |
| 10/06/22 | {3} | The Issa Group Hixson LLC - Staymobile | settlement | 1129-000 | 8,500.00 |  | 334,708.97 |
| 10/06/22 | 171 | Zachary Koontz | service 9/23/22-10/1/22-communication, Netsuite and reports-33.6 hr.x$200 p/o 6/10/22 doc 103 | 2420-000 |  | 6,720.00 | 327,988.97 |
| 10/06/22 | 172 | Hawkeye Protection Services, LLC | security coverage 9/26/22-9/30/22 Invoice 62#100322-Staymobile | 2420-000 |  | 2,760.00 | 325,228.97 |
| 10/11/22 | {7} | Liquid Asset Partners | WIRE FROM LIQUID ASSET PARTNERS L - auction proceeds incl inventory, equipment, vehicles sold; buyers' premiums also remitted [15% of gross bids] | 1129-000 | 1,138,778.66 |  | 1,464,007.63 |
| 10/31/22 | 173 | Cobb County Water System | Final water bill 175 Chastain Meadows Ct. | 2420-000 |  | 31.82 | 1,463,975.81 |
| 10/31/22 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 1,603.51 | 1,462,372.30 |
| 11/09/22 |  | Cobb EMC- | Misc. credit refund | 2420-000 |  | -9,748.75 | 1,472,121.05 |
| 11/09/22 |  | Cobb EMC | Utility refund | 2420-000 |  | -472.42 | 1,472,593.47 |
| 11/23/22 | 174 | State Comptroller | business Limited sales tax and use tax Voided on 11/23/2022 | 2820-004 |  | 201.49 | 1,472,391.98 |
| 11/23/22 | 174 | State Comptroller | business Limited sales tax and use tax Voided: check issued on 11/23/2022 | 2820-004 |  | -201.49 | 1,472,593.47 |
| 11/23/22 | 175 | Texas State Comptroller | Limited sales tax | 2820-000 |  | 210.49 | 1,472,382.98 |
| 11/28/22 | 176 | Georgia Department of Revenue Sales & Use Tax | Sales & Use #200-274883 | 2820-000 |  | 2,625.00 | 1,469,757.98 |
| 11/28/22 | 177 | CPS Energy | final Bill acct. ***-***8-357 11282 Culebra Rd. San Antonio, TX | 2420-000 |  | 457.09 | 1,469,300.89 |
| 11/28/22 | 178 | Duke Energy | final bill 200 Augusta WAy Greenville SC acct. # 9101 2622 2895 | 2420-000 |  | 521.96 | 1,468,778.93 |
| 11/30/22 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 2,511.70 | 1,466,267.23 |

Page Subtotals: $1,147,431.06  $25,136.19

22-43781-lsg    Doc 371    Filed 04/18/23    Entered 04/18/23 20:10:49    Page 7 of 10

{ } Asset Reference(s)                                                                    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-6

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 22-43781-LSG | | Trustee Name: | | Timothy J. Miller (420470) | |
| Case Name: | STAYMOBILE VENTURE LLC | | Bank Name: | | Metropolitan Commercial Bank | |
| Taxpayer ID #: | **-***7267 | | Account #: | | ******1691 Checking | |
| For Period Ending: | 03/31/2023 | | Blanket Bond (per case limit): | | $2,000,000.00 | |
| | | | Separate Bond (if applicable): | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/07/22 | | United SEcurity Services Inc - Staymobile | refund prepaid security cost | 2420-000 | | -222.22 | 1,466,489.45 |
| 12/19/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | -4,115.21 | 1,470,604.66 |
| 12/21/22 | | The James Oswald Co - Staymobile | return of insurance premium | 2420-750 | | -7,887.00 | 1,478,491.66 |
| 12/22/22 | 179 | Liquid Asset Partners, LLC | p/o 12/21/22 docket no. 307 | 3110-000 | | 201,468.61 | 1,277,023.05 |
| 01/04/23 | 180 | SeibertKeck Insurance Partners | bond payment | 2300-000 | | 366.74 | 1,276,656.31 |
| 01/12/23 | | Greenville WATER- Staymobile | refund water payments | 2420-000 | | -194.54 | 1,276,850.85 |
| 01/24/23 | | Transfer Debit to TriState Capital Bank acct XXXXXX6903 | Transition Debit to TriState Capital Bank acct XXXXXX6903 | 9999-000 | | 1,276,850.85 | 0.00 |
| | | **COLUMN TOTALS** | | | 1,709,687.36 | 1,709,687.36 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 1,276,850.85 | |
| | | **Subtotal** | | | 1,709,687.36 | 432,836.51 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$1,709,687.36** | **$432,836.51** | |

{ } Asset Reference(s)     ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-7

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 22-43781-LSG | | **Trustee Name:** | | Timothy J. Miller (420470) | |
| **Case Name:** | STAYMOBILE VENTURE LLC | | **Bank Name:** | | TriState Capital Bank | |
| **Taxpayer ID #:** | **-***7267 | | **Account #:** | | ******6903 Checking Account | |
| **For Period Ending:** | 03/31/2023 | | **Blanket Bond (per case limit):** | | $2,000,000.00 | |
| | | | **Separate Bond (if applicable):** | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/24/23 | | Transfer Credit from Metropolitan Commercial Bank acct XXXXXX1691 | Transition Credit from Metropolitan Commercial Bank acct XXXXXX1691 | 9999-000 | 1,276,850.85 | | 1,276,850.85 |
| 01/26/23 | 1000 | Liquid Asset Partners LLC | Auctioneer expens reimbursement p/o 1/23/22 doc. 322 | 3620-000 | | 20,328.71 | 1,256,522.14 |
| 01/27/23 | | Cobb County - Staymobile | refund water deposit | 2420-000 | | -213.09 | 1,256,735.23 |
| 02/21/23 | {24} | Wells Fargo- H. Martin Sprock | default judgment p/o 10/7/22 doc. 10 adv. 22-04164 | 1249-000 | 120.94 | | 1,256,856.17 |
| 03/01/23 | | Oswald Insurance Co- Staymobile | refund of Insurance policy # 36045811 12/12/21-9/12/22 | 2420-750 | | -6,466.40 | 1,263,322.57 |
| 03/02/23 | 1001 | Mueller & Company PC | Compensation order at docket no. 332 | 3410-000 | | 10,161.70 | 1,253,160.87 |
| 03/15/23 | 1002 | Franchise Tax Board | file # ********0172  47-2297267 "2023 FTB 3522" | 2500-000 | | 800.00 | 1,252,360.87 |
| 03/23/23 | 1003 | OSBIG PC (Osipov Bigelman) | Atttorney fees for New program device order p/o 3/22/23 doc. 342 | 3210-000 | | 5,114.56 | 1,247,246.31 |
| 03/23/23 | 1004 | OSBIG PC (Osipov Bigelman) | Attorney fees 1st protocal order p/o 3/22/23 doc. 343 | 3210-000 | | 62,390.50 | 1,184,855.81 |
| 03/23/23 | 1005 | OSBIG PC (Osipov Bigelman) | attorney expenses p/o 3/22/23 1st protocal order expenses doc.343 Voided on 03/23/2023 | 3220-004 | | 848.00 | 1,184,007.81 |
| 03/23/23 | 1005 | OSBIG PC (Osipov Bigelman) | attorney expenses p/o 3/22/23 1st protocal order expenses doc.343 Voided: check issued on 03/23/2023 | 3220-004 | | -848.00 | 1,184,855.81 |
| 03/23/23 | 1006 | OSBIG PC (Osipov Bigelman) | attorney fees Sale authorize sec. 506 surcharge p/o 3/22/23 doc. 344 | 3210-000 | | 60,656.50 | 1,124,199.31 |
| 03/23/23 | 1007 | OSBIG PC (Osipov Bigelman) | attorney expenses p/o 3/22/23 doc. 344 | 3220-000 | | 11,160.91 | 1,113,038.40 |
| 03/23/23 | 1008 | OSBIG PC (Osipov Bigelman) | attorney expenses 1st protocol order 3/22/23 doc. 343 | 3220-000 | | 848.38 | 1,112,190.02 |
| | | **COLUMN TOTALS** | | | 1,276,971.79 | 164,781.77 | $1,112,190.02 |
| | | Less: Bank Transfers/CDs | | | 1,276,850.85 | 0.00 | |
| | | **Subtotal** | | | 120.94 | 164,781.77 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $120.94 | $164,781.77 | |

{ } Asset Reference(s)                                                                     ! - transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record

Page: 2-8

| | |
|---|---|
| **Case No.:** | 22-43781-LSG |
| **Case Name:** | STAYMOBILE VENTURE LLC |
| **Taxpayer ID #:** | **-***7267 |
| **For Period Ending:** | 03/31/2023 |

| | |
|---|---|
| **Trustee Name:** | Timothy J. Miller (420470) |
| **Bank Name:** | TriState Capital Bank |
| **Account #:** | ******6903 Checking Account |
| **Blanket Bond (per case limit):** | $2,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $1,709,808.30 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $1,709,808.30 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******1691 Checking | $1,709,687.36 | $432,836.51 | $0.00 |
| ******6903 Checking Account | $120.94 | $164,781.77 | $1,112,190.02 |
| | **$1,709,808.30** | **$597,618.28** | **$1,112,190.02** |

| | |
|---|---|
| 04/18/2023 | /s/Timothy J. Miller |
| Date | Timothy J. Miller |