UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

STAYMOBILE VENTURE LLC

Chapter 7
Case No. 22-43781-lsg
Hon. Lisa S. Gretchko

Debtor(s)
_____/

**CERTIFICATE OF NON-RESPONSE TO TRUSTEE'S MOTION FOR ORDER AUTHORIZING TRUSTEE TO COMPROMISE AND SETTLE CLAIMS AGAINST RAND TECHNOLOGY, LLC**

On January 23, 2024, Trustee served on all interested parties, pursuant to LBR 9014-1, Trustee's Motion for Order Authorizing Trustee to Compromise and Settle Claims Against Rand Technology, LLC, Notice of Trustee's Motion for Order Authorizing Trustee to Compromise and Settle Claims Against Rand Technology, LLC (on file with the Bankruptcy Court). A timely response has not been timely served within twenty-one (21) days after the service. Therefore, the Court may grant the motion without a hearing.

Respectfully submitted,
**OSIPOV BIGELMAN, P.C.**

DATED: February 19, 2024

*/s/ David P. Miller*
DAVID P. MILLER (P79911)
Attorneys for Chapter 7 Trustee,
Timothy J. Miller
20700 Civic Center Drive, Suite 420
Southfield, MI 48076
Tel: 248-663-1800/Fax: 248-663-1801
dm@osbig.com