Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 22−43781−lsg
Chapter: 7
Judge: Lisa S. Gretchko

In Re: (NAME OF DEBTOR(S))
Staymobile Venture LLC
dba Staymobile Venture, dba Staymobile,
dba Staymobile Franchise, dba Staymobile
Franchising, LLC, dba Staymobile
Franchise LLC
175 Chastain Meadows Court
Kennesaw, GA 30144

Social Security No.:

Employer's Tax I.D. No.:
47−2297267

## NOTICE OF HEARING IN−PERSON

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*481* − Motion to Approve Compromise under Rule 9019 Trustee's claims against BRIAN EISENBERG, KENNETH EISENBERG, AND STEPHEN EISENBERG, KENWAL INVESTMENT GROUP, LLC, FRANK JERNEYCIC, HONIGMAN LLP, ALAN SCHWARTZ, AND MATTHEW RADLER Filed by Trustee Timothy J. Miller (Bigelman, Jeffrey)

will be held on: 3/18/24 at 10:00 AM at Courtroom 1975, 211 West Fort St., Detroit, MI 48226

Dated: 2/22/24

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court