UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 22-43781-lsg |
| STAYMOBILE VENTURE LLC, ) | Chapter 7 |
| ) | |
| Debtor. ) | Honorable Lisa S. Gretchko |
| _____ ) | |

### ORDER DENYING TRUSTEE'S MOTION TO COMPROMISE AND SETTLE CLAIMS AGAINST BRIAN EISENBERG, KENNETH EISENBERG, AND STEPHEN EISENBERG, KENWAL INVESTMENT GROUP, LLC, FRANK JERNEYCIC, HONIGMAN LLP, ALAN S. SCHWARTZ, AND MATTHEW RADLER

This matter came before the Court upon the Trustee's motion to compromise and settle claims against Brian Eisenberg, Kenneth Eisenberg, and Stephen Eisenberg, Kenwal Investment Group, LLC, Frank Jerneycic, Honigman LLP, Alan S. Schwartz, and Matthew Radler ("Motion"; ECF No. 481) and the objections thereto filed by Bluum USA, Inc. ("Bluum Objection"; ECF No. 488) and the United States Trustee ("UST Objections"; ECF Nos. 490 and 497). H. Martin Spock filed a limited objection to the Motion ("Sprock Objection"; ECF No. 491), however the Sprock Objection was withdrawn ("Notice of Withdrawal"; ECF No. 506).

On March 18, 2024, the Court held a hearing ("Hearing") on the Motion, the Bluum Objection and the UST Objections. Counsel for the Trustee, counsel for Bluum USA, Inc., counsel for the United States Trustee, and counsel for Brian Eisenberg, Kenneth Eisenberg, Stephen Eisenberg, Frank Jerneycic and Kenwal

Investment Group, LLC appeared at the Hearing.  The Court has reviewed the Motion, the Bluum Objection, the UST Objections, the Trustee's reply brief filed on March 13, 2024 (ECF No. 503) and other pertinent pleadings, has considered the statements made at the Hearing, and is advised in the premises.

    NOW, THEREFORE, IT IS HEREBY ORDERED that, for the reasons stated on the record at the Hearing, the Motion is denied.

**Signed on March 19, 2024**



/s/ Lisa S. Gretchko

Lisa S. Gretchko
**United States Bankruptcy Judge**