# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 22-43781-LSG
**Case Name:** STAYMOBILE VENTURE LLC

**For Period Ending:** 03/31/2024

**Trustee Name:** (420470) Timothy J. Miller
**Date Filed (f) or Converted (c):** 05/09/2022 (f)
**§ 341(a) Meeting Date:** 06/08/2022
**Claims Bar Date:** 09/12/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | bank account (u)<br>bank account transfer facilitated prior to schedules being filed | 24,511.00 | 24,510.95 | | 30,504.95 | FA |
| 2 | deposits security deposits and utility deposits<br>original sch. 5/23/22 doc. 47 | 413,079.00 | 413,079.00 | | 0.00 | FA |
| 3 | prepayments<br>original sch. 5/23/22 doc. 47 | 247,406.00 | 247,406.00 | | 0.00 | FA |
| 4 | 90 days or less accounts receivable<br>unknown if collectible<br>original sch. 5/23/22 doc. 47 | 8,248,406.00 | 8,248,406.00 | | 4,189.00 | 8,244,217.00 |
| 5 | over 90 day old Accounts receivable<br>unknown if collectible<br>original sch. 5/23/22 doc. 47 | 223,391.00 | 223,391.00 | | 0.00 | 223,391.00 |
| 6 | non public stock- Staymobile Franchising LLC<br>original sch. 5/23/22 doc. 47 | Unknown | 0.00 | | 0.00 | FA |
| 7 | other inventory or supplies<br>original sch. 5/23/22 doc. 47 | 8,661,371.00 | 8,661,371.00 | | 1,138,778.66 | FA |
| 8 | furniture & fixtures are combined<br>original sch. 5/23/22 doc. 47 | 69,705.78 | 69,706.00 | | 0.00 | FA |
| 9 | case tooling<br>original sch. 5/23/22 doc. 47 | 57,334.72 | 57,334.72 | | 0.00 | FA |
| 10 | office equipment- all computer equipment | 55,320.53 | 55,320.53 | | 0.00 | FA |
| 11 | Automobiles | 117,054.37 | 117,054.37 | | 0.00 | FA |
| 12 | any building debtor has an interest<br>rental income under sublet<br>renting interest only | 0.00 | 15,000.00 | | 10,743.30 | FA |
| 13 | patent, copyrights, trademarks | Unknown | 0.00 | | 0.00 | FA |
| 14 | other property of any kind not listed<br>per docket no. 47 - attachment for part 11 no. 77<br>Leasehold Improvements/Construction in Process $1,058,866<br>Technology 12,607<br>Dash Card Account 3,856<br>Signage 10,284<br>Total $1,085,613 | 1,085,613.00 | 1,085,613.00 | | 9,319.05 | FA |
| 15 | Funding from SHI International per order at docket no. 49 (u)<br>Per docket no. 49 order for stay relief etc. | Unknown | 7,500.00 | | 7,500.00 | FA |
| 16 | Funding from Customers p/o 05/27/2022 (u)<br>docket no. 74 | Unknown | 250,000.00 | | 250,000.00 | FA |

22-43781-lsg    Doc 519    Filed 04/08/24    Entered 04/08/24 12:50:51    Page 1 of 13

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 22-43781-LSG  
**Case Name:** STAYMOBILE VENTURE LLC  
**For Period Ending:** 03/31/2024

**Trustee Name:** (420470) Timothy J. Miller  
**Date Filed (f) or Converted (c):** 05/09/2022 (f)  
**§ 341(a) Meeting Date:** 06/08/2022  
**Claims Bar Date:** 09/12/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Funds from SHI International per order<br>per June 10, 2022 order at docket no. 103 | 0.00 | 250,000.00 |  | 250,000.00 | FA |
| 18 | VOID (u) | VOID | VOID | VOID | VOID | VOID |
| 19 | Oregon Dept of Revenue 2021 tax refund (u) | 0.00 | 0.00 |  | 152.40 | FA |
| 20 | VOID (u) | VOID | VOID | VOID | VOID | VOID |
| 21 | VOID (u) | VOID | VOID | VOID | VOID | VOID |
| 22 | VOID (u) | VOID | VOID | VOID | VOID | VOID |
| 23 | VOID (u) | VOID | VOID | VOID | VOID | VOID |
| 24 | Claim v H. Martin Sprock a.p. 22-4164 (u)<br>Default judgment against garnishee defendant also for non-response ap 22-4164-8/21/23 doc. 44<br>Default judgment - docket no. 10 in adv proc 22-4164 | 250,000.00 | 250,000.00 |  | 250,000.00 | FA |
| 25 | VOID (u)<br>Partial premium refund | VOID | VOID | VOID | VOID | VOID |
| 26 | Claim v Acer America Corporation a.p 23-04147 (u) | 0.00 | 120,222.71 |  | 0.00 | 120,222.71 |
| 27 | Claim v. Cobb County a.p. 23-041438 (u) | 0.00 | 19,573.10 |  | 0.00 | 19,573.10 |
| 28 | Claim v Hewlett-Packard Company a.p. 23-04149 (u) | 0.00 | 37,876.33 |  | 0.00 | 37,876.33 |
| 29 | claim v. St. Tammany Parish School Board a.p. 23-04150 (u)<br>Motion to compromise 10/30/23 doc 469<br>Docket no. 475 compromise order 11/29/2023 | 0.00 | 25,685.05 |  | 10,000.00 | FA |
| 30 | claim v Upper Edge Technologies, Inc. a.p.23-04151 (u)<br>11/19/23compromise order doc. 473<br>motion for compromise filed 10/20/23 doc. 468 $5000.00<br>docket no. 24 in adv proc 23-4151 notice of pending settlement | 5,000.00 | 28,364.90 |  | 5,000.00 | FA |
| 31 | claim v Apt-Ability LLC a.p. 23-04153 (u)<br>compromise p/o 9/8/23 doc. 461<br>Motion comp. 8/10/23 doc. 442<br>ap 23-4153 p/o 9/8/23 doc 23 | 22,761.56 | 22,761.56 |  | 12,380.76 | FA |
| 32 | claim v Oracle Corporation a.p.23-04154 (u)<br>9/14/23 Order for settlement doc. 464<br>Ap 23-4154 motion for settlement 7/28/23 doc. 13<br>23-43781 Motion 8/17/23 doc. 449 for settlement | 0.00 | 415,967.00 |  | 80,000.00 | FA |
| 33 | claim v Pridestaff, Inc a.p.23-04155 (u)<br>compromise order 2/12/24 doc. 487<br>ap. case 23-4155<br>Compromise filed 1/15/24 doc. 478 | 0.00 | 545,320.46 |  | 100,000.00 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-3

**Case No.:** 22-43781-LSG  
**Case Name:** STAYMOBILE VENTURE LLC  
**For Period Ending:** 03/31/2024

**Trustee Name:** (420470) Timothy J. Miller  
**Date Filed (f) or Converted (c):** 05/09/2022 (f)  
**§ 341(a) Meeting Date:** 06/08/2022  
**Claims Bar Date:** 09/12/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 34 | claim v Rand Technoloty LLC a.p.23-04156 (u)<br>settlement p/o2/20/24 $37500 doc. 493 ap 23-04156 | 0.00 | 119,676.45 | | 37,500.00 | FA |
| 35 | claim v Sunbelt Rentals, Inc. a.p 23-04157 (u) | 0.00 | 22,554.54 | | 0.00 | 22,554.54 |
| 36 | claim v VT Services Inc. a.p. 23-04158 (u)<br>ap. 23-4158 3.5.24 settlement order doc. 499 for $18,500 | 0.00 | 94,584.00 | | 18,500.00 | FA |
| 37 | Claim against Issa Group Hixson, LLC (u)<br>compromise p/o 7/17/23 doc. 429<br>Compromise 6/19/23 at dockets 404 | 8,500.00 | 8,500.00 | | 8,500.00 | FA |
| 38 | Claim against Max Interactive AP23-4245 (u)<br>settlement order 9/5/23 doc. 458<br>comp. motion 8/8/23 doc. 440<br>order ap 23-4245 doc. 11 9/5/23 | 4,500.00 | 4,500.00 | | 4,500.00 | FA |
| 39 | claim v Express Services, Inc.ap23-4245 (u)<br>compromise p/o 9/27/23 doc. 467<br>Motion for comp. 9/1/23 doc. 456<br>ap-4245 | 4,800.00 | 4,800.00 | | 4,800.00 | FA |
| 40 | claim v PGA Tour Inc. (u)<br>compromise p/o 9/8/23 doc. 462<br>docket no. 441 motion to compromise | 4,138.20 | 4,138.20 | | 4,138.20 | FA |
| 41 | Claim v CDW Direct, LLC (u)<br>docket no. 512 - motion for order approving compromise | Unknown | 135,000.00 | | 0.00 | FA |
| INT | INTEREST (u) | Unknown | N/A | | 14,405.76 | Unknown |
| 42 | **Assets Totals (Excluding unknown values)** | **$19,502,892.16** | **$21,585,216.87** | | **$2,250,912.08** | **$8,667,834.68** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-4

**Case No.:** 22-43781-LSG  
**Case Name:** STAYMOBILE VENTURE LLC  

**For Period Ending:** 03/31/2024

**Trustee Name:** (420470) Timothy J. Miller  
**Date Filed (f) or Converted (c):** 05/09/2022 (f)  
**§ 341(a) Meeting Date:** 06/08/2022  
**Claims Bar Date:** 09/12/2022

**Major Activities Affecting Case Closing:**

    3.12.24 Settlement Motion filed with Amazon (doc. 500)  
    03/05/2024 settlement motion filed re Sprock matter; $150,000 to be retained and $100,000 to be refunded  
    02/22/2024 objections to docket 481 filed, hearing scheduled for 3/18/24  
    01/29/2024 motion to compromise claims against insiders filed at docket 481  
    12/29/2023 depositions of insiders to be completed by 2/9/2024  
    12/06/2023 mediation on December 11, 2023 of Sprock adv proceeding  
    10/24/2023 notice of pending settlement of adv proc v Oracle America, Inc.  
    10/23/2023 compromise motion for Upper Edge Tech  
    09/27/2023 garnishee defendant restaurant owned by judgment defendant Sprock ($250,000 judgment plus interest) for non-response to garnishment; subsequent garnishment of that company's bank resulted in disclosure that full amount is hand and subject to turnover  
    09/07/2023 final tax returns discussed and executed; sent to Mueller and Company  
    08/29/2023 entered order at docket no. 454 for doc production by 09/30/23 and completion of exams by 11/23/23  
    08/15/2023 hearings on rule 2004 exam motions and objections to be held 08/18/2023  
    07/07/2023 discovery disputes; preference adversary proceedings ongoing  
    06/12/2023 examinations of principals pending  
    05/05/2023 hearing on trustee's counsel fee application docket no. 345  
    04/11/2023 Several more adversaries filed this month  
    03/21/2023 fee application matters and special receivable collection counsel application resolved at hearings 3-17-23  
    03/01/2023 hearing on counsel for trustee fee applications 03/17/2023  
    01/24/2023 supplemental payment of auctioneer expense approved; counsel for trustee and accountant for trustee fee applications pending  
    01/05/2023 continuing investigation of preferential transfers, recoverable receivables, insurance claim, secured creditor dispute  
    12/19/2022 auctioneer compensation partially granted  
    10/24/2022 auctioneer compensation app to be filed  
    09/08/2022 online auction ends  
    08/11/2022 settled dispute with the Goldie Group  
    08/04/2022 sale hearing continued  
    06/30/2022 hearing set on motion to sell by auction  
    06/27/2022 counsel and accountant employed; sites visited; stay relief and compromise order requirements mostly completed; employment of auctioneer pending; sale by public auction planned  
    06/01/2022 meeting of creditors 06/08/2022  
    05/23/2022 hearing held; schedules filed  

**Initial Projected Date Of Final Report (TFR):** 11/21/2023     **Current Projected Date Of Final Report (TFR):** 11/07/2024

| 04/08/2024 | /s/Timothy J. Miller |
|---|---|
| Date | Timothy J. Miller |

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 22-43781-LSG | Trustee Name: | Timothy J. Miller (420470) |
|---|---|---|---|
| Case Name: | STAYMOBILE VENTURE LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7267 | Account #: | ******1691 Checking |
| For Period Ending: | 03/31/2024 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/11/22 | {1} | Timothy J. Miller, Bankruptcy Trustee of STAYMOBILE VENTURE LLC | WIRE FROM STAYMOBILE VENTURE LLC | 1229-000 | 24,510.95 | | 24,510.95 |
| 05/20/22 | 101 | Sue Napoiltano | Georgia warehouse work p/o 5/19/22 doc. 28 | 2420-000 | | 800.00 | 23,710.95 |
| 05/20/22 | 102 | Tim Anderson | Georgia warehouse work p/o 5/19/22 doc. 28 | 2420-000 | | 800.00 | 22,910.95 |
| 05/20/22 | 103 | Richard Metzger | Georgia warehouse work p/o 5/19/22 doc. 28 | 2420-000 | | 800.00 | 22,110.95 |
| 05/23/22 | {15} | STAYMOBILE VENTURE LLC bankruptcy estate | WIRE FROM SHI INTERNATIONAL CORP | 1290-000 | 7,500.00 | | 29,610.95 |
| 05/24/22 | 104 | Hawkeye Protection Services, LLC | Invoice 43#051622-StayMobile security services p/o 5/19/22 doc. 28 | 2420-000 | | 3,864.00 | 25,746.95 |
| 05/26/22 | {12} | Millennium Electronic & More LLC - Staymobile | May rent Kennesaw sublease | 1110-000 | 5,371.65 | | 31,118.60 |
| 05/26/22 | {4} | SHI Government Solutions Inc-Staymobile | Accounts receivables | 1129-000 | 9,048.00 | | 40,166.60 |
| 05/26/22 | {4} | SHI International Group - Staymobile | accounts receivable | 1129-000 | 13,649.00 | | 53,815.60 |
| 05/26/22 | {4} | SHI Government Solutions, Inc.-Staymobile | accounts receivables | 1129-000 | 33,930.00 | | 87,745.60 |
| 05/26/22 | 105 | OSBIG PC (Osipov Bigelman) | reimbursement p/o 5/19/22 doc. 28 p/o 5/23/22(doc 49) | 2420-000 | | 2,385.44 | 85,360.16 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 30.50 | 85,329.66 |
| 05/31/22 | {4} | SHI Government Service | accounts receivable | 1129-000 | -9,048.00 | | 76,281.66 |
| 05/31/22 | {4} | SHI Government SErv. | accounts receivable | 1129-000 | -33,930.00 | | 42,351.66 |
| 06/01/22 | {16} | Staymobile Venture, LLC | WIRE FROM BLUUM OF TEXAS LLC | 1290-000 | 127,909.95 | | 170,261.61 |
| 06/01/22 | {16} | Staymobile Venture, LLC | WIRE FROM STREUSAND LANDON OZBURN | 1290-000 | 4,771.04 | | 175,032.65 |
| 06/01/22 | {16} | Staymobile Venture, LLC | WIRE FROM SHI INTERNATIONAL CORP | 1290-000 | 19,199.28 | | 194,231.93 |
| 06/01/22 | 106 | Hawkeye Protection Services, LLC | security coverage 5/23/22-5/29/22 invoice #26#052322-Stay p/o 5/27/22 doc74 | 2420-000 | | 3,864.00 | 190,367.93 |
| 06/01/22 | {4} | SHI International | NSF deposit | 1129-000 | -13,649.00 | | 176,718.93 |
| 06/02/22 | {16} | STAYMOBILE VENTURE LLC | WIRE FROM TECH DATA | 1290-000 | 7,335.64 | | 184,054.57 |
| 06/02/22 | {16} | STAYMOBILE VENTURE LLC | WIRE FROM LENOVO (UNITED STATES)I | 1290-000 | 90,784.09 | | 274,838.66 |
| 06/06/22 | 107 | The James B. Oswald Company | Ins. policy #36045811 ECE 12/12/21-12/12/22 (renew policy) | 2420-000 | | 6,507.75 | 268,330.91 |
| 06/06/22 | 108 | The James B. Oswald Company | Ins. Policy #7359-62-27 12/1/21-12/12/22 (Bus. Auto) | 2500-000 | | 5,770.00 | 262,560.91 |
| 06/06/22 | 109 | Duke Energy | serviceTrustee Timothy J. Miller 200 Augusta Arbor Way Ste. F Greenville SC acct. #9101 2622 2895 | 2420-000 | | 168.59 | 262,392.32 |
| 06/06/22 | 110 | Duke Energy | Staymobile Venture LLC 200 Augusta Arbor Way Ste. F Greenville SC acct 9100 2964 2558 Voided on 07/21/2022 | 2420-004 | | 351.86 | 262,040.46 |

Page Subtotals: $287,382.60 $25,342.14

22-43781-lsg Doc 519 Filed 04/08/24 Entered 04/08/24 12:50:51 Page 5 of 13

{ } Asset Reference(s) ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 22-43781-LSG | Trustee Name: | Timothy J. Miller (420470) |
|---|---|---|---|
| Case Name: | STAYMOBILE VENTURE LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7267 | Account #: | ******1691 Checking |
| For Period Ending: | 03/31/2024 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/06/22 | 111 | Hawkeye Protection Services, LLC | SECURITY COVERAGE p/o 5/27/22 doc74 | 2420-000 | | 3,864.00 | 258,176.46 |
| 06/09/22 | 112 | CPS Energy | Electric billing date 5/6/22 Customer #****-***8-357 | 2420-000 | | 424.95 | 257,751.51 |
| 06/13/22 | | Cobb EMC | Cobb EMC WEB PMTS 061322 CCD QFMNSJ | 2420-000 | | 5,363.27 | 252,388.24 |
| 06/14/22 | {17} | SHI International | SHI INTERNATIONA STAYMOBILE CCD | 1149-000 | 250,000.00 | | 502,388.24 |
| 06/15/22 | 113 | Cobb EMC | Electric service June #436885006 | 2420-000 | | 4,814.02 | 497,574.22 |
| 06/15/22 | 114 | The James B. Oswald Company | policy #36045811ECE Invoice #1852396 | 2420-000 | | 6,301.00 | 491,273.22 |
| 06/15/22 | 115 | Hawkeye Protection Services LLC | protection services p/o 5/27/22 doc74 | 2420-000 | | 3,864.00 | 487,409.22 |
| 06/17/22 | {12} | Millelnnium Electonics & More LLC - Staymobile | rent under sublet | 1110-000 | 5,371.65 | | 492,780.87 |
| 06/17/22 | | United Security Services | refund of prepaid security costs (partial) | 2420-750 | | -222.22 | 493,003.09 |
| 06/17/22 | | United Security Services | refund of prepaid security costs (partial) | 2420-000 | | -222.22 | 493,225.31 |
| 06/17/22 | 116 | OSBIG PC (Osipov Bigelman) | p/o 5/27/22 doc74  NetSuite-Oracle cr card reimb $8067.64; Delta $1592.20;  Hilton $185.95; Hertz $79.90 | 2420-000 | | 9,925.69 | 483,299.62 |
| 06/17/22 | 117 | Tim Anderson | 1099-6/10/22-6/16/22 82.4 hr. @$200- pay p/o 5/27/22 doc. 74 | 2420-000 | | 16,480.00 | 466,819.62 |
| 06/17/22 | 118 | Richard Metzger | 1099 6/5/22-6/12/22 21.2 hr. @$200- pay p/o 5/27/22 doc. 74 | 2420-000 | | 4,240.00 | 462,579.62 |
| 06/17/22 | 119 | Stephanie Simmons | 1099-6/11/22-6/16/22 67.1 hr.s @$200- pay p/o 5/27/22 doc. 74 | 2420-000 | | 13,420.00 | 449,159.62 |
| 06/17/22 | 120 | ADT Commercial | service 5/31/22-7/30/22 - acct. #402556324 | 2420-000 | | 433.53 | 448,726.09 |
| 06/17/22 | 121 | Hawkeye Protection Services, LLC | security 6/13/22-6/19/22 Invoice 47#061322-Stay | 2420-000 | | 3,864.00 | 444,862.09 |
| 06/17/22 | 122 | Susan Napolitano | 1 day p/o 5/27/22 doc. 74 | 2420-000 | | 200.00 | 444,662.09 |
| 06/17/22 | 123 | Zachary Koontz | 1099 emp 6/9/22-6/15/22 67.7 hr. @$200 p/o 5/27/22 doc. 74 | 2500-000 | | 13,540.00 | 431,122.09 |
| 06/17/22 | | United Security Services | Deposit Reversal: refund of prepaid security costs (partial) | 2420-000 | | 222.22 | 430,899.87 |
| 06/17/22 | | United Security Services | refund of prepaid security costs (partial) | 2420-750 | | 222.22 | 430,677.65 |
| 06/22/22 | 124 | Cobb County Water System | acct #*******-**9752 stmt date 06-07-22 | 2420-000 | | 340.10 | 430,337.55 |
| 06/22/22 | 125 | Greenville Water | acct #******3619 stmt date 06/15/22 | 2420-000 | | 115.67 | 430,221.88 |
| 06/27/22 | 126 | Hawkeye Protection Services LLC | 48#062022 Invoice Date: June 20, 2022 p/o 5/27/22 doc74 | 2420-000 | | 3,864.00 | 426,357.88 |
| 06/27/22 | 127 | Tim Anderson | p/o 05-27-22  services 06-20-22 to 06-23-22 | 2420-000 | | 10,040.00 | 416,317.88 |
| 06/27/22 | 128 | Richard Metzger | p/o 05-27-22 services 06-13-22 to 06-16-22 | 2420-000 | | 640.00 | 415,677.88 |
| 06/27/22 | 129 | Cobb EMC | Acct no 436885006 175 Chastain Meadows, Kennesaw GA bill 06-15-22 | 2420-000 | | 5,321.71 | 410,356.17 |
| | | | Page Subtotals: | | $255,371.65 | $106,167.06 | |

22-43781-lsg   Doc 519   Filed 04/08/24   Entered 04/08/24 12:50:51   Page 6 of 13

{ } Asset Reference(s)                                                                     ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-3

| Case No.: | 22-43781-LSG | Trustee Name: | Timothy J. Miller (420470) |
|---|---|---|---|
| Case Name: | STAYMOBILE VENTURE LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7267 | Account #: | ******1691 Checking |
| For Period Ending: | 03/31/2024 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/27/22 | 130 | Cobb EMC | Acct no 436885005 175 Chastain Meadows, Kennesaw GA bill 06-15-22 | 2420-000 | | 562.15 | 409,794.02 |
| 06/27/22 | 131 | OSBIG PC (Osipov Bigelman) | per 05-27-22 order - $100 At&T deposit; $315.03 emergency reinstatement Cobb EMC | 2420-000 | | 415.03 | 409,378.99 |
| 06/28/22 | 132 | OSBIG PC (Osipov Bigelman) | Rental car and parking p/o 5/27/22 doc74 | 2420-000 | | 272.33 | 409,106.66 |
| 06/28/22 | 133 | Timothy J. Miller | 6/14/22 expenses for rental car, fuel, lodging, meals Georgia p/o 5/27/22 | 2420-000 | | 1,161.64 | 407,945.02 |
| 06/29/22 | {4} | Seminole County Public Schools | Payment on invoices 395232 and 424154 | 1129-000 | 4,189.00 | | 412,134.02 |
| 06/29/22 | {14} | TriNet Inc. | TriNet's Business Recovery Credit Program Check | 1129-000 | 9,319.05 | | 421,453.07 |
| 06/30/22 | 134 | Hawkeye Protection Services, LLC | security invoice 49#062722-Stay p/o 5/27/22 doc74 | 2420-000 | | 3,864.00 | 417,589.07 |
| 06/30/22 | 135 | ADT Commercial | service protection Acct. #70151907-5/8-6/2-$57.90/6/8-7/3 $115.80 | 2500-000 | | 173.70 | 417,415.37 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 617.15 | 416,798.22 |
| 07/11/22 | 136 | Hawkeye Protection Services, LLC | security services 7/4/22-7/10/22 Invoice No. 50#07622-Staymobile p/o 6/10/22 doc 103doc1https://consumerbankruptcy.stretto.com/workplace/img/buttons/search_icon.png03 | 2420-000 | | 3,864.00 | 412,934.22 |
| 07/11/22 | 137 | Duke Energy | energy bill acct. ********2895 service at 200 Augusta Arbor Way Ste. F Greenville SC | 2420-000 | | 410.18 | 412,524.04 |
| 07/11/22 | 138 | Zachary Koontz | 1099 emp-6/16/22-7/1/22 24.6 hrs. @$200 p/o 5/27/22 doc. 74 p/o 6/10/22 doc 103 | 2420-000 | | 4,920.00 | 407,604.04 |
| 07/18/22 | 139 | Hawkeye Protection Services, LLC | security coverage 7/11/22-7/17/22-invoce 51#071122-Stay p/o 6/10/22 doc 103 | 2420-000 | | 3,864.00 | 403,740.04 |
| 07/18/22 | 140 | Tim Anderson | 1099 10 hrs. @200.00 hr. 6/28/22-2/29/2022 p/o 6/10/22 doc 103 | 2420-000 | | 2,000.00 | 401,740.04 |
| 07/20/22 | 141 | Hawkeye Protection Services, LLC | Security coverage 7/18/22-7/24/22 Invoice #52#071822-Stay | 2420-000 | | 3,864.00 | 397,876.04 |
| 07/20/22 | 142 | Cobb EMC | Acct no 436885005 175 Chastain Meadows, Kennesaw GA bill 6-1-22-7-1-22 | 2420-000 | | 122.77 | 397,753.27 |
| 07/20/22 | 143 | Cobb EMC | Acct no 436885006 175 Chastain Meadows, Kennesaw GA bill ***-**-**-*7-1-22 | 2420-000 | | 7,818.73 | 389,934.54 |
| 07/21/22 | 110 | Duke Energy | Staymobile Venture LLC 200 Augusta Arbor Way Ste. F Greenville SC acct 9100 2964 2558 Voided: check issued on 06/06/2022 | 2420-004 | | -351.86 | 390,286.40 |
| 07/27/22 | 144 | Hawkeye Protection Services, LLC | security coverage 7/24/22-7/31/22 Invoice 53#072522-Stay p/o 6/10/22 doc 103 | 2420-000 | | 3,864.00 | 386,422.40 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 644.23 | 385,778.17 |
| | | | Page Subtotals: | | $13,508.05 | $38,086.05 | |

22-43781-lsg   Doc 519   Filed 04/08/24   Entered 04/08/24 12:50:51   Page 7 of 13

{ } Asset Reference(s)                                                               ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 22-43781-LSG | Trustee Name: | Timothy J. Miller (420470) |
|---|---|---|---|
| Case Name: | STAYMOBILE VENTURE LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7267 | Account #: | ******1691 Checking |
| For Period Ending: | 03/31/2024 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/02/22 | 145 | Hawkeye Protection Services, LLC | security coverage 8/1/22-8/7/22 invoice 54#080122-Stay p/o 6/10/22 doc 103 | 2420-000 | | 3,864.00 | 381,914.17 |
| 08/05/22 | 146 | ADT Commercial | ADT acct no. 402556324 | 2420-000 | | 305.48 | 381,608.69 |
| 08/05/22 | 147 | CPS Energy | CPS cust. no. ***-***8-357 | 2420-000 | | 475.33 | 381,133.36 |
| 08/05/22 | 148 | Cobb County Water System | acct. no. *******-**9752 | 2420-000 | | 117.01 | 381,016.35 |
| 08/05/22 | 149 | Zachary Koontz | Invoice for July 13 through July 18, 2022 p/o 6/10/22 doc 103 | 2420-000 | | 1,880.00 | 379,136.35 |
| 08/09/22 | 150 | Tim Anderson | Invoice 08/06/2022 p/o 6/10/22 doc 103 | 2420-000 | | 3,400.00 | 375,736.35 |
| 08/09/22 | 151 | Duke Energy | acct. no. 9101 2622 2895 | 2420-000 | | 333.74 | 375,402.61 |
| 08/09/22 | 152 | Hawkeye Protection Services, LLC | inv. no. 56#080822p/o 6/10/22 doc 103 | 2420-000 | | 3,864.00 | 371,538.61 |
| 08/15/22 | {1} | Timothy J. Miller | WIRE FROM STAYMOBILE VENTURE LLC | 1229-000 | 674.00 | | 372,212.61 |
| 08/15/22 | {1} | Timothy J. Miller | WIRE FROM STAYMOBILE VENTURE LLC | 1229-000 | 5,320.00 | | 377,532.61 |
| 08/15/22 | 153 | ADT Security Services | security sevice Acc.403021071 200 August Arbor Way Acc.403021071*/21-9/20/22 | 2420-000 | | 199.41 | 377,333.20 |
| 08/17/22 | 154 | Hawkeye Protection Services, LLC | security 8/15/22-8/21/22 invoice 57#081522-Stay p/o 6/10/22 doc 103 | 2420-000 | | 3,772.00 | 373,561.20 |
| 08/26/22 | 155 | Hawkeye Protection Services, LLC | security coverage 8/22/22-8/28/22 Invoice 57#083333-StayMobile p/o 6/10/22 doc 103 | 2420-000 | | 3,864.00 | 369,697.20 |
| 08/26/22 | 156 | ADT Commercial | ADT Security 175 Chastain account #70151907 | 2420-000 | | 57.90 | 369,639.30 |
| 08/26/22 | 157 | AST Commercial | ADT Commercial 21 Pecos Rd. Las Vegas Account #402556324 Voided on 08/26/2022 | 2420-004 | | 330.80 | 369,308.50 |
| 08/26/22 | 157 | AST Commercial | ADT Commercial 21 Pecos Rd. Las Vegas Account #402556324 Voided: check issued on 08/26/2022 | 2420-004 | | -330.80 | 369,639.30 |
| 08/26/22 | 158 | CPS Energy | Energy usage 11282 Culebra Rd. San Antonio TX customer #***-***8-357 | 2420-000 | | 232.10 | 369,407.20 |
| 08/26/22 | 159 | Cobb County Water System | Water usage175 Chastain Meadows Ct.acct. #*******-**9752 | 2420-000 | | 122.60 | 369,284.60 |
| 08/26/22 | 160 | Cobb EMC | energy service 175 Chastain Meadows acct. #436885005 | 2420-000 | | 132.47 | 369,152.13 |
| 08/26/22 | 161 | Cobb EMC | Energy usage 175 Chastain ct. Acct. #436885006 | 2420-000 | | 7,431.02 | 361,721.11 |
| 08/26/22 | 162 | ADT Commercial | ADT security 21 Pecos Rd. Las Vegas Ccct. #402556324 | 2420-000 | | 330.80 | 361,390.31 |
| 08/26/22 | 163 | Tim Anderson | 1099 payroll 8/7/22-8/2122- 42.5 hrs. p/o 6/10/22 doc 103 | 2420-000 | | 6,375.00 | 355,015.31 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 671.20 | 354,344.11 |
| 09/01/22 | 164 | Hawkeye Protection Services, LLC | security coverage 8/29/22-9/4/22 invoice 58#082922 p/o 6/10/22 doc 103 | 2420-000 | | 3,864.00 | 350,480.11 |
| 09/01/22 | 165 | The James B. Oswald Company | Chubb Ins. Group #36045811 ECE 12/20/21-12/12/22Invoice 2000903 acct. #44141 | 2420-750 | | 6,507.75 | 343,972.36 |

Page Subtotals: $5,994.00    $47,799.81

{ } Asset Reference(s)                                          ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 22-43781-LSG | Trustee Name: | Timothy J. Miller (420470) |
|---|---|---|---|
| Case Name: | STAYMOBILE VENTURE LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7267 | Account #: | ******1691 Checking |
| For Period Ending: | 03/31/2024 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/01/22 | 166 | The James B. Oswald Company | Policy #7359-62-27 12/12/21-12/12/22 Business Auto Policy invoice 2000902 acct.44141 | 2420-750 | | 5,770.00 | 338,202.36 |
| 09/14/22 | 167 | Hawkeye Protection Services, LLC | security coverage 9/5/22-9/11/22 invoice 59#090622 p/o 6/10/22 doc 103 | 2420-000 | | 3,864.00 | 334,338.36 |
| 09/16/22 | 168 | Honigman LLP | Security coverage 9/12/22-9/16/22 Invoice 60#091222 Voided on 09/16/2022 | 2420-004 | | 3,864.00 | 330,474.36 |
| 09/16/22 | 168 | Honigman LLP | Security coverage 9/12/22-9/16/22 Invoice 60#091222 Voided: check issued on 09/16/2022 | 2420-004 | | -3,864.00 | 334,338.36 |
| 09/16/22 | 169 | Hawkeye Protection Services, LLC | security coverage 9/12/9/16 Invoice 60#091222 p/o 6/10/22 doc 103 | 2420-000 | | 3,864.00 | 330,474.36 |
| 09/29/22 | {19} | Oregon Dept of Revenue- Staymobile | partnership refund | 1224-000 | 152.40 | | 330,626.76 |
| 09/29/22 | 170 | Hawkeye Protection Services, LLC | security coverage 9/19/222-9/25/22 p/o 6/10/22 doc 103 | 2420-000 | | 3,864.00 | 326,762.76 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 553.79 | 326,208.97 |
| 10/06/22 | {37} | The Issa Group Hixson LLC - Staymobile | settlement | 1241-000 | 8,500.00 | | 334,708.97 |
| 10/06/22 | 171 | Zachary Koontz | service 9/23/22-10/1/22-communication, Netsuite and reports-33.6 hr.x$200 p/o 6/10/22 doc 103 | 2420-000 | | 6,720.00 | 327,988.97 |
| 10/06/22 | 172 | Hawkeye Protection Services, LLC | security coverage 9/26/22-9/30/22 Invoice 62#100322-Staymobile | 2420-000 | | 2,760.00 | 325,228.97 |
| 10/11/22 | {7} | Liquid Asset Partners | WIRE FROM LIQUID ASSET PARTNERS L - auction proceeds incl inventory, equipment, vehicles sold; buyers' premiums also remitted [15% of gross bids] | 1129-000 | 1,138,778.66 | | 1,464,007.63 |
| 10/31/22 | 173 | Cobb County Water System | Final water bill 175 Chastain Meadows Ct. | 2420-000 | | 31.82 | 1,463,975.81 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,603.51 | 1,462,372.30 |
| 11/09/22 | | Cobb EMC- | Misc. credit refund | 2420-000 | | -9,748.75 | 1,472,121.05 |
| 11/09/22 | | Cobb EMC | Utility refund | 2420-000 | | -472.42 | 1,472,593.47 |
| 11/23/22 | 174 | State Comptroller | business Limited sales tax and use tax Voided on 11/23/2022 | 2820-004 | | 201.49 | 1,472,391.98 |
| 11/23/22 | 174 | State Comptroller | business Limited sales tax and use tax Voided: check issued on 11/23/2022 | 2820-004 | | -201.49 | 1,472,593.47 |
| 11/23/22 | 175 | Texas State Comptroller | Limited sales tax | 2820-000 | | 210.49 | 1,472,382.98 |
| 11/28/22 | 176 | Georgia Department of Revenue Sales & Use Tax | Sales & Use #200-274883 | 2820-000 | | 2,625.00 | 1,469,757.98 |
| 11/28/22 | 177 | CPS Energy | final Bill acct. ***-***8-357 11282 Culebra Rd. San Antonio, TX | 2420-000 | | 457.09 | 1,469,300.89 |
| 11/28/22 | 178 | Duke Energy | final bill 200 Augusta WAy Greenville SC acct. # 9101 2622 2895 | 2420-000 | | 521.96 | 1,468,778.93 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 2,511.70 | 1,466,267.23 |

Page Subtotals: $1,147,431.06 $25,136.19

{ } Asset Reference(s)   ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case No.: | 22-43781-LSG | |
| Case Name: | STAYMOBILE VENTURE LLC | |
| Taxpayer ID #: | **-***7267 | |
| For Period Ending: | 03/31/2024 | |

| | |
|---|---|
| Trustee Name: | Timothy J. Miller (420470) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******1691 Checking |
| Blanket Bond (per case limit): | $2,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/07/22 | | United SEcurity Services Inc - Staymobile | refund prepaid security cost | 2420-000 | | -222.22 | 1,466,489.45 |
| 12/19/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | -4,115.21 | 1,470,604.66 |
| 12/21/22 | | The James Oswald Co - Staymobile | return of insurance premium | 2420-750 | | -7,887.00 | 1,478,491.66 |
| 12/22/22 | 179 | Liquid Asset Partners, LLC | p/o 12/21/22 docket no. 307 | 3110-000 | | 201,468.61 | 1,277,023.05 |
| 01/04/23 | 180 | SeibertKeck Insurance Partners | bond payment | 2300-000 | | 366.74 | 1,276,656.31 |
| 01/12/23 | | Greenville WATER- Staymobile | refund water payments | 2420-000 | | -194.54 | 1,276,850.85 |
| 01/24/23 | | Transfer Debit to TriState Capital Bank acct XXXXXX6903 | Transition Debit to TriState Capital Bank acct XXXXXX6903 | 9999-000 | | 1,276,850.85 | 0.00 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 9 | Deposits | 89,530.75 | 80 | Checks | 443,481.30 |
| 0 | Interest Postings | 0.00 | 13 | Adjustments Out | 69,066.79 |
| | Subtotal | 89,530.75 | 1 | Transfers Out | 1,276,850.85 |
| 11 | Adjustments In | 1,676,783.61 | | Total | 1,789,398.94 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 1,766,314.36 | | | |

Page Subtotals: $0.00 $0.00

{ } Asset Reference(s)     ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-7

| | | |
|---|---|---|
| Case No.: | 22-43781-LSG | Trustee Name: Timothy J. Miller (420470) |
| Case Name: | STAYMOBILE VENTURE LLC | Bank Name: TriState Capital Bank |
| Taxpayer ID #: | **-***7267 | Account #: ******6903 Money Market Account |
| For Period Ending: | 03/31/2024 | Blanket Bond (per case limit): $2,000,000.00 |
| | | Separate Bond (if applicable): N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/24/23 | | Transfer Credit from Metropolitan Commercial Bank acct XXXXXX1691 | Transition Credit from Metropolitan Commercial Bank acct XXXXXX1691 | 9999-000 | 1,276,850.85 | | 1,276,850.85 |
| 01/26/23 | 1000 | Liquid Asset Partners LLC | Auctioneer expens reimbursement p/o 1/23/22 doc. 322 | 3620-000 | | 20,328.71 | 1,256,522.14 |
| 01/27/23 | | Cobb County - Staymobile | refund water deposit | 2420-000 | | -213.09 | 1,256,735.23 |
| 02/21/23 | {24} | Wells Fargo- H. Martin Sprock | default judgment p/o 10/7/22 doc. 10 adv. 22-04164 | 1241-000 | 120.94 | | 1,256,856.17 |
| 03/01/23 | | Oswald Insurance Co- Staymobile | refund of Insurance policy # 36045811 12/12/21-9/12/22 | 2420-750 | | -6,466.40 | 1,263,322.57 |
| 03/02/23 | 1001 | Mueller & Company PC | Compensation order at docket no. 332 | 3410-000 | | 10,161.70 | 1,253,160.87 |
| 03/15/23 | 1002 | Franchise Tax Board | file # ********0172  47-2297267 "2023 FTB 3522" | 2500-000 | | 800.00 | 1,252,360.87 |
| 03/23/23 | 1003 | OSBIG PC (Osipov Bigelman) | Atttorney fees for New program device order p/o 3/22/23 doc. 342 | 3210-000 | | 5,114.56 | 1,247,246.31 |
| 03/23/23 | 1004 | OSBIG PC (Osipov Bigelman) | Attorney fees 1st protocal order p/o 3/22/23 doc. 343 | 3210-000 | | 62,390.50 | 1,184,855.81 |
| 03/23/23 | 1005 | OSBIG PC (Osipov Bigelman) | attorney expenses p/o 3/22/23 1st protocal order expenses doc.343 Voided on 03/23/2023 | 3220-004 | | 848.00 | 1,184,007.81 |
| 03/23/23 | 1005 | OSBIG PC (Osipov Bigelman) | attorney expenses p/o 3/22/23 1st protocal order expenses doc.343 Voided: check issued on 03/23/2023 | 3220-004 | | -848.00 | 1,184,855.81 |
| 03/23/23 | 1006 | OSBIG PC (Osipov Bigelman) | attorney fees Sale authorize sec. 506 surcharge p/o 3/22/23 doc. 344 | 3210-000 | | 60,656.50 | 1,124,199.31 |
| 03/23/23 | 1007 | OSBIG PC (Osipov Bigelman) | attorney expenses p/o 3/22/23 doc. 344 | 3220-000 | | 11,160.91 | 1,113,038.40 |
| 03/23/23 | 1008 | OSBIG PC (Osipov Bigelman) | attorney expenses 1st protocol order 3/22/23 doc. 343 | 3220-000 | | 848.38 | 1,112,190.02 |
| 05/08/23 | 1009 | OSBIG PC (Osipov Bigelman) | attorney fees 5/10/22-11/30/22 p/o 5/5/23 doc. 381 | 3210-000 | | 14,944.50 | 1,097,245.52 |
| 08/23/23 | {31} | MobileSentrix-Apt-Ability-Staymobile | Motion to compromise filed 8/10/23 doc. 442 | 1241-000 | 12,380.76 | | 1,109,626.28 |
| 08/23/23 | {38} | Max Interactive Inc- Staymobile | comp p/o9/5/23 doc45-Motion to compromise 8/8/23 doc. 440 | 1241-000 | 4,500.00 | | 1,114,126.28 |
| 09/19/23 | {39} | Express Employment Services - Staymobile | settlement 9/30/23  doc. 462-doc. 11 in adv proc v Express Services ap23-4245 p/o 9/27/23 doc. 467 | 1241-000 | 4,800.00 | | 1,118,926.28 |
| 10/11/23 | {40} | PGA Tour Inc.-Staymobile | settlement p/o 9/8/23 doc. 462 | 1241-000 | 4,138.20 | | 1,123,064.48 |
| 10/27/23 | | TriState Capital Bank | September 2023 Interest Posting | 1270-000 | 1,605.27 | | 1,124,669.75 |
| 10/30/23 | {30} | UpperEdge Technologies Inc. - Staymobile | Motion for settlement 10/2/23 doc. 468 | 1241-000 | 5,000.00 | | 1,129,669.75 |
| 10/30/23 | {24} | Bank of America - H.Martin Sprock Kid Cashew Smokehouse | AP 22-4164 Motion for settlement 8/5/22 doc 1 | 1241-000 | 82,216.50 | | 1,211,886.25 |
| 10/30/23 | {32} | Oracle - Staymobile | settlement p/o 9/4/23 doc. | 1241-000 | 80,000.00 | | 1,291,886.25 |
| 10/31/23 | Int | TriState Capital Bank | Interest Posting | 1270-000 | 1,731.55 | | 1,293,617.80 |
| 11/14/23 | {24} | OSBIG PC - Staymobile-AP Sprock | ap 22-4164-  8/21/23  doc. 44 | 1241-000 | 167,662.56 | | 1,461,280.36 |
| 11/20/23 | {29} | St. Tammany Parish School Board - Staymobile | per compromise of adv proc claims | 1241-000 | 10,000.00 | | 1,471,280.36 |
| 11/30/23 | Int | TriState Capital Bank | Interest Posting | 1270-000 | 1,994.10 | | 1,473,274.46 |

Page Subtotals: $1,653,000.73   $179,726.27

{ } Asset Reference(s)                                                                                                     ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-8

| Case No.: | 22-43781-LSG | Trustee Name: | Timothy J. Miller (420470) |
|---|---|---|---|
| Case Name: | STAYMOBILE VENTURE LLC | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***7267 | Account #: | ******6903 Money Market Account |
| For Period Ending: | 03/31/2024 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/01/23 | 1010 | Insurance Partners | Bond payment Voided on 01/04/2024 | 2300-004 | | 194.75 | 1,473,079.71 |
| 12/29/23 | Int | TriState Capital Bank | Interest Posting | 1270-000 | 2,189.73 | | 1,475,269.44 |
| 01/04/24 | 1010 | Insurance Partners | Bond payment Voided: check issued on 12/01/2023 | 2300-004 | | -194.75 | 1,475,464.19 |
| 01/11/24 | 1011 | Insurance Partners | bond payment 11/1/23-11/1/24 | 2300-000 | | 611.90 | 1,474,852.29 |
| 01/25/24 | {33} | Pridestaff-Staymobile | motion for compromise filed 1/15/24 (doc. 478 | 1241-000 | 100,000.00 | | 1,574,852.29 |
| 01/29/24 | {34} | Rand Technology LLC - Staymobile | comp p/o 1/23/24 doc. 479 | 1241-000 | 37,500.00 | | 1,612,352.29 |
| 01/31/24 | Int | TriState Capital Bank | Interest Posting | 1270-000 | 2,218.86 | | 1,614,571.15 |
| 02/23/24 | {36} | VT Services | order for compromise 3.5.24 doc 499 Motion for comp. 2/19/24 | 1241-000 | 18,500.00 | | 1,633,071.15 |
| 02/29/24 | Int | TriState Capital Bank | Interest Posting | 1270-000 | 2,242.32 | | 1,635,313.47 |
| 03/29/24 | Int | TriState Capital Bank | Interest Posting | 1270-000 | 2,423.93 | | 1,637,737.40 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 13 | Deposits | 526,818.96 | 12 | Checks | 187,017.66 |
| 6 | Interest Postings | 12,800.49 | 0 | Adjustments Out | 0.00 |
| | Subtotal | 539,619.45 | 0 | Transfers Out | 0.00 |
| 1 | Adjustments In | 1,605.27 | | Total | 187,017.66 |
| 1 | Transfers In | 1,276,850.85 | | | |
| | Total | 1,818,075.57 | | | |

Page Subtotals: $165,074.84 $611.90

22-43781-lsg    Doc 519    Filed 04/08/24    Entered 04/08/24 12:50:51    Page 12 of 13

{ } Asset Reference(s)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-9

| | |
|---|---|
| **Case No.:** | 22-43781-LSG |
| **Case Name:** | STAYMOBILE VENTURE LLC |
| **Taxpayer ID #:** | **-***7267 |
| **For Period Ending:** | 03/31/2024 |

| | |
|---|---|
| **Trustee Name:** | Timothy J. Miller (420470) |
| **Bank Name:** | TriState Capital Bank |
| **Account #:** | ******6903 Money Market Account |
| **Blanket Bond (per case limit):** | $2,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $2,250,912.08 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $2,250,912.08 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******1691 Checking | $1,709,687.36 | $432,836.51 | $0.00 |
| ******6903 Money Market Account | $541,224.72 | $180,338.17 | $1,637,737.40 |
| | **$2,250,912.08** | **$613,174.68** | **$1,637,737.40** |

04/08/2024
Date

/s/Timothy J. Miller
Timothy J. Miller